JUDGE ENGELMAYER

24 CV 02783

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE STREET GROUP, LLC,

                Plaintiff,

v.

MILLENNIUM MANAGEMENT LLC,
DOUGLAS SCHADEWALD, and DANIEL
SPOTTISWOOD

                Defendants.

Civil Case No. _____

---

**STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 FOR JANE STREET GROUP, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Jane Street Group, LLC ("Jane Street"), by and through its undersigned counsel, hereby states that there are no publicly held corporations owning 10% or more of Jane Street's stock.

Dated: New York, New York
       April 10, 2024

QUINN EMANUEL URQUHART
  & SULLIVAN, LLP

By: /s/ *[signature]*
Alex Spiro
Deborah K. Brown
Jeffrey C. Miller
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
alexspiro@quinnemanuel.com
deborahbrown@quinnemanuel.com
jeffreymiller@quinnemanuel.com

Greg Miraglia (*pro hac vice forthcoming*)
300 West 6th Street
Austin, Texas 78701
Telephone: (737) 667-6100
gregmiraglia@quinnemanuel.com

Jeff Nardinelli (*pro hac vice forthcoming*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
jeffnardinelli@quinnemanuel.com

*Attorneys for Plaintiff*