UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE STREET GROUP, LLC,

                            Plaintiff,

        -v-

MILLENIUM MANAGEMENT LLC, *et al.*,

                          Defendants.

24 Civ. 2783 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court denies Jane Street's

motion for a temporary restraining order. The parties are directed to file a proposed case

management plan by April 22, 2024.

      SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 19, 2024
       New York, New York