UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE STREET GROUP, LLC<br><br>                              *Plaintiff*,<br><br>                    v.<br><br>MILLENNIUM MANAGEMENT LLC,<br>DOUGLAS SCHADEWALD, and DANIEL<br>SPOTTISWOOD<br><br>                              *Defendants*. | Case No. 1:24-cv-02783 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Brian Campbell of Elsberg Baker & Maruri PLLC, with offices located at One Penn Plaza, Suite 4015, New York, New York 10119, hereby appears on behalf of Defendants Millennium Management LLC, Douglas Schadewald, and Daniel Spottiswood in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: April 22, 2024
       New York, NY

**ELSBERG BAKER & MARURI PLLC**

By:     *s/ Brian Campbell*
       Brian Campbell
       One Penn Plaza
       Suite 4015
       New York, NY 10119
       (212) 597-2600
       bcampbell@elsberglaw.com

       *Attorney for Defendants*