**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7116

WRITER'S EMAIL ADDRESS
deborahbrown@quinnemanuel.com

April 22, 2024

<u>VIA ECF</u>
Hon. Paul A. Engelmayer
United States District Court for the Southern
District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: <u>Joint Letter Regarding a Proposed Case Management Plan and Outstanding Issues, *Jane Street Group, LLC v. Millennium Management LLC*, No. 1:24-cv-02783</u>

Dear Judge Engelmayer:

Plaintiff Jane Street Group, LLC ("Jane Street") and Defendants Millennium Management LLC, Douglas Schadewald, and Daniel Spottiswood (collectively, "Defendants") write jointly to submit their Proposed Case Management Plans. The parties have reached agreement on many issues, but some disagreements remain, which the parties hope they can resolve through further conferral. With the Court's permission, the parties will continue to confer tomorrow and submit a joint letter no later than 5:00 p.m. either proposing a joint Case Management Plan or identifying any remaining points of disagreement.

Attached as Exhibit A is Plaintiff's current Proposed Case Management Plan. Attached as Exhibit B is Defendants' current Proposed Case Management Plan. The parties will continue their conferral efforts tomorrow to determine where impasse, if any, may remain.

Respectfully submitted,

*/s/ Deborah K. Brown*

Deborah K. Brown

*Attorney for Plaintiff Jane Street Group, LLC*

cc:   All Counsel of Record (via ECF)

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

The Court thanks the parties for this update. The parties are directed to file a letter on the docket today either proposing a joint case management plan or identifying remaining points of disagreement.

SO ORDERED.

Dated: April 23, 2024
      New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge