UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE STREET GROUP, LLC<br><br>                     *Plaintiff*,<br><br>      v.<br><br>MILLENNIUM MANAGEMENT LLC,<br>DOUGLAS SCHADEWALD, and<br>DANIEL SPOTTISWOOD<br><br>                     *Defendants*. | Civil Action No. 1:24-cv-02783<br><br>Hon. Paul A. Engelmayer<br><br>**DECLARATION OF ROLLO C. BAKER**<br><br>**Filed Under Seal** |

### DECLARATION OF ROLLO C. BAKER IN SUPPORT OF DEFENDANTS DOUGLAS SCHADEWALD AND DANIEL SPOTTISWOOD'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER

I, Rollo C. Baker, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner in the law firm of Elsberg Baker & Maruri, PLLC, attorneys for Defendants Douglas Schadewald and Daniel Spottiswood. I am a member in good standing of the Bar of the State of New York and admitted to practice in the Southern District of New York.

2. I respectfully submit this Declaration in Support of Defendants Douglas Schadewald and Daniel Spottiswood's Memorandum of Law in Opposition to Plaintiff's Order to Show Cause for a Temporary Restraining Order. I am personally familiar with the facts included in this declaration.

3. Attached hereto as Exhibit 1 is a true and correct copy of Mr. Schadewald's July 18, 2018 Notice, Non-Interference and Restricted Trading Agreement with Jane Street Group, LLC.

I declare under penalty of perjury that the foregoing is true and correct. Executed In New York, New York on April 16, 2024.

                                  */s/ Rollo C. Baker*
                                  Rollo C. Baker