# EXHIBIT D

Serial #: 785631539 printed by asteinman@janestreet.com on 2024-04-06 14:53:32

⊟ ⊟ **Audit Trail [EDT]** **Username**          **Event**               **Comment**

████████████████████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████

**Subject :**       **Slack: Conversation between "Doug Schadewald (dschadewald, U041R8QESVD)"**
                ██████████████**and "Christopher Roberts (croberts, U043045K19B)"**
                **38 Minutes**

**Participants :**   "Christopher Roberts (croberts, U043045K19B)" <█████████████████>, "Doug Schadewald
                (dschadewald, U041R8QESVD)" █████████████████

**Date :**       **1 year ago** Wed, 29 Mar 2023 11:58:20 -0400

---

## MESSAGE CONTENT

(2023-03-29 03:19:45 PM UTC) **Doug Schadewald**

no worries

(2023-03-29 03:19:51 PM UTC) **Doug Schadewald**

yaeh ████████████████████████

(2023-03-29 03:19:53 PM UTC) **Doug Schadewald**

but we consider that IP

(2023-03-29 03:19:57 PM UTC) **Doug Schadewald**

definitely dont want people knowing

(2023-03-29 03:58:20 PM UTC) **Christopher Roberts**

ack

---

Processed by Global Relay Slack Converter | 2023-03-29 16:52:54 UTC