# EXHIBIT E

4/6/24, 2:38 PM  Case 1:24-cv-02783-PAE  Document 57-5  Filed 04/23/24  Page 2 of 3
Relay Archive Compliance Review Powered by Global Relay
Serial #: 784447694 printed by ███████████  2024-04-06 18:38:24

| Audit Trail [EDT] | Username | Event | Comment |
|---|---|---|---|

██████████████████████████████████████████████████████████████████████████████

**Subject:** Re: █████████ trading 2023-03-20
**From:** Daniel Spottiswood █████████████████████
**Date:** 1 year ago Thu, 23 Mar 2023 12:02:31 -0400
**To:** Will Nygard <█████████████████>

I created a separate mailing list █████████████ and subscribed █████████████ + all the intl India traders. Let me know if there are other people I should add.

On Wed, Mar 22, 2023 at 9:12 AM Daniel Spottiswood █████████████████████ wrote:
> This could be wrong but given how IP sensitive our trading is, I am hesitant to send to as large of a group as █████████████. I want to keep a decent amount of IP in these recaps to receive feedback and keep people updated. I've tried to ensure the right people are on the █████████████ list, but let me know if you think there are key people/groups I am missing.
>
> In general, it seems like ████████████████████████████████████████████████████████████████████████████████████.

On Tue, Mar 21, 2023 at 2:51 PM Will Nygard <█████████████████> wrote:
>> █████████████████████████████████████, so it would make sense to get it in a visible recap

On Tue, Mar 21, 2023 at 6:30 AM Daniel Spottiswood █████████████████████ wrote:
>>> Is your concern that I am sending this to too many people, to too few, or maybe the quantity is right but this list has people that shouldn't really care about this trading?
>>>
>>> I think I prefer this list to █████████████.

On Mon, Mar 20, 2023 at 11:22 AM Will Nygard █████████████████████ wrote:
>>>> maybe an █████████████████ would be good?

On Mon, Mar 20, 2023 at 11:20 AM Daniel Spottiswood █████████████████████ wrote:

**Overnight Momentum**

████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
██████████████████████████████████

████████████████████████████████████████████████████████████████████████████████
████████

█

████████████████████████████████████████████████████

[1]

[2] Tradetron and Algoboost