# EXHIBIT G

Serial #: 848030544 printed ▮▮▮▮ on 2024-04-06 14:41:19

| — - Audit Trail [EDT] | Username | Event | Comment |
|---|---|---|---|

▮▮▮ (redacted rows) ▮▮▮

**Subject :** Slack: Conversation between "Doug Schadewald (dschadewald, U041R8QESVD)" ▮▮▮ and "Jeff Nanney (jnanney, U0424CS1X9D)" ▮▮▮ >, 1 Minute

**Participants :** "Doug Schadewald (dschadewald, ▮▮▮ "Jeff Nanney (jnanney, U0424CS1X9D)" <▮▮▮>

**Date :** 6 months ago  Mon, 11 Sep 2023 19:46:48 -0400

## MESSAGE CONTENT

(2023-09-11 11:45:53 PM UTC) **Doug Schadewald**

Hey Jeff, this came up in a chat amongst a few people on the ▮▮▮. Do the more junior people in ▮▮▮ (EZ, clement, maybe Jan K?) realize how IP sensitive something like our trading PNL is in India?

(2023-09-11 11:46:24 PM UTC) **Doug Schadewald**

Our strategies are not that sophisticated and we really hope they're not talking to brokers or friends about anything we're doing.

(2023-09-11 11:46:48 PM UTC) **Doug Schadewald**

Westy thought it might be easiest for you to convey this message to them if they don't really how serious this potential IP leakage is.

Processed by Global Relay Slack Converter | 2023-09-12 01:08:40 UTC