# EXHIBIT H



250 Vesey Street
New York, NY 10281

T +1 646 759 6000
janestreet.com

February 7, 2024

Douglas Schadewald
Douglas.l.schadewald@gmail.com

Dear Doug,

This letter confirms our discussion concerning your resignation from Jane Street Group, LLC (together with its affiliates, "Jane Street"), effective February 5, 2024 (the "Separation Date").

**Payment of salary and accrued, unused vacation.** Whether you sign this letter or not, you will receive your base salary and accrued but unused vacation through the Separation Date.

**Benefits.** If you currently have health, dental, and vision insurance through Jane Street, your coverage will end on the last day of the month in which the Separation Date occurs. Pursuant to COBRA, you are eligible to elect continued health, dental, and vision coverage, at your own expense, following this date. You will be eligible for COBRA continuation coverage whether you sign this agreement or not. More information about COBRA, including cost and application procedures, has been provided to you separately. All other benefits will terminate in accordance with their terms.

**Consideration.** If you sign and comply with this agreement, Jane Street will provide you with a separation payment in the ▮▮▮▮▮▮▮▮▮▮▮▮ less applicable withholdings (the "Consideration"). The Consideration will be paid to you within 30 days after you sign this agreement.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Complete Release.** By signing below, and in exchange for the Consideration described above, you are agreeing that the Consideration is in full satisfaction of, and supersedes, any other written or oral agreements or understandings for compensation or payment between you and Jane Street, and you are agreeing to and hereby release and forever discharge each Jane

Street entity and its employee benefit plans and its and their members, partners, employees, fiduciaries, administrators, and its and their successors and assigns, from all grievances, complaints, claims or lawsuits you have or may have against them, whether known or unknown, including without limitation all claims of discrimination, harassment or retaliation in employment under federal, state and local laws such as, but not limited to, the Age Discrimination in Employment Act, the Americans with Disabilities Act, Title VII of the Civil Rights Act of 1964, the New York State Human Rights Law and the New York City Human Rights Law (all as amended). This Complete Release only releases claims relating to events occurring before the execution of this agreement (including any matters relating to your hiring, employment, and separation of employment with Jane Street), and does not apply to claims relating to events that occur after the execution of this agreement. This agreement will be governed by New York law, without regard to conflicts of law principles.

**Return of Jane Street Property.** You confirm that you have returned any Jane Street equipment and you returned, destroyed, and no longer have any Jane Street documents or files in your personal possession, other than those relating to your Jane Street employment terms (for example, your offer letter or benefits information).

**Intellectual Property Agreement; Confidentiality.** As a material term of this agreement, you acknowledge that you have ongoing obligations to adhere to Confidentiality and Intellectual Property Agreement that survive your departure from Jane Street and you agree to comply with the Confidentiality and Intellectual Property Agreement. It is also a material term of this agreement that you will maintain the confidentiality of the existence and terms of this separation agreement. Nothing in this paragraph precludes you from confidentially discussing the terms of this agreement with your legal or financial advisors, or from responding truthfully to a valid subpoena, a request by a governmental agency in connection with any investigation it is conducting, or as required by law. If you accept employment with any finance firm, Jane Street may notify such firm of your continuing confidentiality obligations under your Confidentiality and Intellectual Property Agreement. You agree to provide us contact information for an appropriate person (such as a general counsel) to receive a copy of the agreement.

**Review.** You have 21 days from the date of this letter to review and consider this agreement before signing it. You may use as much of this 21-day period as you wish prior to signing.

Sincerely,                                            Agreed and Accepted:

*Jack Johnson*                                        *Douglas Schadewald*
Jack Johnson (Feb 7, 2024 16:53 EST)                  Douglas Schadewald (Feb 7, 2024 17:00 EST)

Jack Johnson                                          Douglas Schadewald

                                                      Date: Feb 7, 2024