# EXHIBIT J



---------- Forwarded message ---------
From: **Daniel Spottiswood** <███████████████>
Date: Wed, Mar 20, 2024 at 8:44 AM
Subject: Departure
To: ████████████████████████████████████████

Hi Kara,

Jeff and I spoke over the phone, but as per the agreement I want to provide written notice that I have agreed to a job at Millenium Management.

I am happy to provide a contact from Millenium or any other information that would be helpful.

Thanks,
Daniel