# EXHIBIT K

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7116**

WRITER'S EMAIL ADDRESS
**deborahbrown@quinnemanuel.com**

April 3, 2024

<u>VIA ELECTRONIC MAIL</u>
**GIL.RAVIV@MLP.COM**

Gil Raviv
Millennium Management LLC
399 Park Avenue
New York, NY 10022

Re:   <u>Millennium Management LLC's Employment of Doug Schadewald and Daniel Spottiswood</u>

Dear Mr. Gil Raviv:

I write on behalf of Jane Street Group, LLC ("Jane Street"). Based on the recent hiring by Millennium Management LLC ("Millennium") of Doug Schadewald and Daniel Spottiswood, former employees of Jane Street, and a review of data and reports from certain markets, Jane Street has significant concerns that Millennium is improperly using Jane Street's confidential and proprietary information and trade secrets. This includes, for example, trading strategies researched, developed and implemented for and by Jane Street during Mr. Schadewald and Mr. Spottiswood's employment there. Jane Street is seriously concerned that Millennium is aware of such activity, and hired Mr. Schadewald and Mr. Spottiswood with the expectation that they would use Jane Street's confidential and proprietary trading strategies at Millennium.

This conduct is also a breach of Mr. Schadewald's and Mr. Spottiswood's Confidentiality and Intellectual Property Agreements, executed during their tenure at Jane Street. The agreements prohibit Mr. Schadewald and Mr. Spottiswood from disclosing, using, misappropriating or otherwise exploiting Jane Street's confidential information and trade secrets in any context other than their employment with Jane Street.

Jane Street's intellectual property rights carry extraordinary value that is difficult to quantify; therefore, Millennium's trading activities are to the grave and imminent harm of Jane Street's economic and business interests. To this end, Jane Street demands that Millennium and its employees, including Mr. Schadewald and Mr. Spottiswood, immediately cease all trading activities that exploit Jane Street's confidential information and trade secrets, including the

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON |

aforementioned trading strategies researched, developed and implemented for and by Jane Street of which Mr. Schadewald and Mr. Spottiswood have knowledge. Millennium must confirm that it has ceased all such trading activities.

***If said confirmation is not received by 5:00 PM (ET) Friday April 5, 2024***, Jane Street will be forced to seek immediate court intervention, seeking emergency injunctive relief for trade secret misappropriation pursuant to the Defend Trade Secrets Act ("DTSA") and New York state law, breach of contract, and tortious interference, among other claims. Jane Street will also seek associated attorney's fees. Jane Street reserves all rights, including, but not limited to, the right to seek both civil remedies and injunctive relief without further notice to prevent any further retention, disclosure or use of its intellectual property by Millennium.

Failure to provide this confirmation and continued improper activity will further demonstrate Millennium's willful and malicious scienter.

Please consider this letter a formal notice that Millennium must preserve any documents that could be relevant to a dispute between Jane Street, Millennium and/or former Jane Street employees who now work for Millennium. That includes, but is not limited to, all documents related to the recruitment, hiring and onboarding of these former Jane Street employees, the development and deployment of trading activities that exploit Jane Street's confidential information and trade secrets, including any trading activities developed or implemented at Millennium by former Jane Street employees based on strategies researched, developed or implemented at Jane Street, and any communications between these former Jane Street employees and any agent, representative or employee of Millennium.

Very truly yours,

*Deborah K. Brown*

Deborah K. Brown