# EXHIBIT Q

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE STREET GROUP, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>MILLENNIUM MANAGEMENT LLC, DOUGLAS SCHADEWALD, and DANIEL SPOTTISWOOD<br><br>    *Defendants*. | Civil Action No. 24-cv-2783<br>Judge Engelmayer<br><br>**EXHIBIT Q TO THE DECLARATION OF DEBORAH K. BROWN IN SUPPORT OF ORDER TO SHOW CAUSE**<br><br>**FILED UNDER SEAL** |

## PLAINTIFF'S EXPEDITED DISCOVERY REQUESTS

### Requests For Production

The Documents requested are to be produced in industry-standard electronic formats pursuant to a discovery protocol to be agreed to by the parties. Unless otherwise defined, all words and phrases used herein shall be accorded their usual meaning and shall be interpreted in their common and ordinary sense.

REQUEST NO. 1: All documents and communications relating to Millennium's efforts to recruit and hire Mr. Schadewald and/or Mr. Spottiswood, including compensation-related documents, employment agreements, and documents relating to profits earned by trades made at Jane Street by Mr. Schadewald and/or Mr. Spottiswood;

REQUEST NO. 2: Records of all transactions and all orders (███████████████████████████████████████████) in the India market (███████████████████████████████████████████████████████████████) made by or at the direction of Mr. Schadewald or Mr. Spottiswood, or their related pod;

<u>REQUEST NO. 3:</u>  Millennium's profit & loss (P&L) statements relating to all such trading activities;

<u>REQUEST NO. 4:</u>  A historic P&L statement, by week, for Millennium's trading activities in the India market since January 1, 2023, separated by asset type: ███████████████████████████████████████████████████████████; and

<u>REQUEST NO. 5:</u>  All communications sent to or from Mr. Schadewald or Mr. Spottiswood from January 1, 2024 to present relating to (i) the India market or (ii) Jane Street, including any discussion of Jane Street's confidential information, intellectual property, trade secrets, business strategies, trading strategies, trading methods, market positions, P&L, or confidentiality or non-disclosure obligations.

## Deposition Requests

Jane Street seeks to depose (1) Douglas Schadewald and (2) Daniel Spottiswood in advance of the hearing for a preliminary injunction.

Dated: New York, New York  
April 16, 2024

QUINN EMANUEL URQUHART  
& SULLIVAN, LLP

By : */s/ Deborah K. Brown*  
Alex Spiro  
Deborah K. Brown  
Jeffrey C. Miller  
51 Madison Avenue, 22nd Floor  
New York, New York 10010  
Telephone: (212) 849-7000  
alexspiro@quinnemanuel.com  
deborahbrown@quinnemanuel.com  
jeffreymiller@quinnemanuel.com

Greg Miraglia (*pro hac vice forthcoming*)  
300 West 6th Street  
Austin, Texas 78701  
Telephone: (737) 667-6100  
gregmiraglia@quinnemanuel.com

Jeff Nardinelli (*pro hac vice forthcoming*)  
865 South Figueroa Street, 10th Floor  
Los Angeles, CA 90017  
Telephone: (213) 443-3000  
jeffnardinelli@quinnemanuel.com

*Attorneys for Plaintiff*