UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE STREET GROUP, LLC,

                            Plaintiff,

-v-

MILLENIUM MANAGEMENT LLC, *et al.*,

                            Defendants.

24 Civ. 2783 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court thanks the parties for their competing submissions as to an appropriate case management plan for this case. Dkts. 61, 65. The Court's judgment is that, given the unusual nature and complexities of this case, an in-person conference to discuss and set such a plan is warranted. The Court schedules a case management conference for May 16, 2024, at 9:30 a.m., to be held in Courtroom 1305, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

    In advance of the conference, the Court seeks letter briefing on three questions: (1) whether the confidentiality agreement that Jane Street entered into with defendant Douglas Schadewald precludes Jane Street from demanding a jury trial in this case, *see* Fed. R. Civ. P. 39(a)(2); (2) assuming alternatively a jury trial and non-jury trial, what is a sensible schedule to set for this case; and (3) whether meaningful discovery can occur before Jane Street further defines the trade secret(s) at issue in this case. The Court directs the parties to submit a joint letter setting out their respective views on these questions. That letter is due Monday, May 13, 2024. Counsel are advised that the Court expects to resolve these questions based on this letter submission and to brief these issues accordingly.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 1, 2024
New York, New York