quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7116**

WRITER'S EMAIL ADDRESS
**deborahbrown@quinnemanuel.com**

May 7, 2024

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Court for the Southern
District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: **Joint Letter Regarding Page Limits for the Parties' May 13 Joint Letter**
**_Jane Street Group, LLC v. Millennium Management LLC_, No. 1:24-cv-02783**

Dear Judge Engelmayer:

Plaintiff Jane Street Group, LLC ("Jane Street") and Defendants Millennium Management LLC ("Millennium"), Daniel Spottiswood, and Douglas Schadewald write jointly pursuant to Rule 1(A) of the Court's Individual Rules regarding the parties' forthcoming joint letter (due Monday, May 13) in response to Your Honor's request for letter briefing on the three issues identified in the Court's May 1, 2024 Order (ECF No. 66).

The parties have conferred and respectfully request the Court's permission to file a joint ten-page letter (five pages per side). The parties believe this enlargement of the default page limit is necessary to allow the parties to fully address the points raised by the Court in advance of the case management conference on May 16, 2024.

We thank the Court for its attention to this matter.

Respectfully submitted,

_/s/ Deborah K. Brown_

Deborah K. Brown

_Attorney for Plaintiff Jane Street Group, LLC_

cc:    All Counsel of Record (via ECF)

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON |