

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax
www.dechert.com

**ANDREW J. LEVANDER**

Andrew.Levander@dechert.com
+1 212 698 3683  Direct
+1 212 698 0483  Fax

May 10, 2024

**VIA ELECTRONIC MAIL AND ECF FILING**

Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Jane Street Group LLC v. Millennium Management LLC*, 24 C 2783 (PAE),
**MOTION TO SEAL ANSWER AND COUNTERCLAIM**

Dear Judge Engelmayer:

We represent Defendant Millennium Management LLC ("Millennium") in the above-referenced action. We write to request permission to seal certain materials that potentially contain the parties' proprietary, commercially sensitive, or trade secret information in Millennium's Answer to Jane Street Group LLC's Amended Complaint (D.I. 63) and Millennium's Counterclaim for a declaratory judgment of a bad faith claim of misappropriation under the Defend Trade Secrets Act of 2016.

Millennium disputes that Jane Street's Amended Complaint contains any trade-secret information or that Jane Street has articulated a viable trade-secret misappropriation theory. And Millennium disputes that any information that is publicly available should be redacted from public view as well.

Nonetheless, out of an abundance of caution, Millennium requests that its papers be filed under seal, in deference to the redactions in Jane Street's Amended Complaint. Millennium will confer with Jane Street regarding Jane Street's proposed redactions, and Millennium will file a public version of its Answer and Counterclaim by close of business on May 14, 2024. Millennium reserves the right to challenge the redactions in the Amended Complaint and to later revise the redactions to Millennium's Answer and Counterclaim.

Respectfully submitted,

/s/ *Andrew J. Levander*

Andrew J. Levander

GRANTED.

SO ORDERED.

Dated: May 13, 2024
New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge