**ELSBERG
BAKER +
MARURI**

Elsberg Baker & Maruri PLLC
1 Penn Plaza, Suite 4015
New York, NY 10119
elsberglaw.com

Hon. Paul A. Engelmayer
United States District Court
for the Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

May 10, 2024

**Re: *Jane Street Group, LLC v. Millennium Management LLC, Douglas Schadewald,
and Daniel Spottiswood*, No. 1:24-cv-02783**

Dear Judge Engelmayer:

    I write on behalf of Defendants Douglas Schadewald ("Schadewald") and Daniel
Spottiswood ("Spottiswood," and together with Schadewald, "Individual Defendants"). Pursuant
to Local Civil Rule 7.1.(d) and Individual Practice Rule 4.B, we seek permission to file under seal
Individual Defendants' Answer, Affirmative Defenses, and Counterclaims (the "Answer and
Counterclaims").

    Individual Defendants believe that the Answer and Counterclaims should be made public
in their entirety. As Plaintiff has still not disclosed the alleged trade secret at issue in this case and
the filings in this case to date concerning Jane Street's business activities have been at a very high
level of generality, the Individual Defendants do not believe the Answer and Counterclaims contain
any information that would constitute a "trade secret or other highly confidential business
information" sufficient to outweigh the presumption of public access. *See TileBar v. Glazzio Tiles*,
2024 WL 1186567, at \*27 (E.D.N.Y. Mar. 15, 2024). Moreover, the weight of the presumption of
public access is "heavy" as the Answer and Counterclaims are a pleading of central importance to
the judicial function. *Under Seal v. Under Seal*, 273 F. Supp. 3d 460, 470 (S.D.N.Y. 2017).

    Nevertheless, out of an abundance of caution in light of Plaintiff's pending motion for leave
to seal portions of the Amended Complaint to which the Answer and Counterclaims respond (D.I.
62), Individual Defendants seek leave to file their Answer and Counterclaims under seal.
Individual Defendants will meet and confer with Jane Street regarding any redactions Jane Street
believes are necessary and warranted by law, and file a public version of the Answer and
Counterclaim by close of business on Tuesday, May 14, 2024. Individual Defendants reserve the
right to challenge any redactions proposed by Jane Street.

Respectfully submitted,

GRANTED.

*/s/ Brian R. Campbell*

SO ORDERED.

Brian R. Campbell

*Paul A. Engelmayer*

Dated: May 13, 2024      —————————————
    New York, New York     PAUL A. ENGELMAYER
                   United States District Judge