UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE STREET GROUP, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>MILLENNIUM MANAGEMENT LLC, DOUGLAS SCHADEWALD, and DANIEL SPOTTISWOOD,<br><br>        Defendants. | Case No. 1:24-cv-02783 (PAE)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Todd Anten of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Plaintiff Jane Street Group, LLC in the above-captioned action, and requests that all notices, papers and documents in connection with this matter be served upon him.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       May 14, 2024

                                                By: */s/ Todd Anten*
                                                       Todd Anten
                                                       toddanten@quinnemanuel.com
                                                       Quinn Emanuel Urquhart & Sullivan, LLP
                                                       51 Madison Ave., 22nd Floor
                                                       New York, NY  10010
                                                       Tel: (212) 849-7000
                                                       Fax: (212) 849-7100

                                                       *Attorney for Plaintiff*