

Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax
www.dechert.com

**ANDREW J. LEVANDER**

Andrew.Levander@dechert.com
+1 212 698 3683  Direct
+1 212 698 0483  Fax

May 14, 2024

**VIA ELECTRONIC MAIL AND ECF FILING**

Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Jane Street Group LLC v. Millennium Management LLC*, 24 C 2783 (PAE)
      **PUBLIC VERSION OF MILLENNIUM'S ANSWER AND COUNTERCLAIM**

Dear Judge Engelmayer:

Pursuant to the Court's order dated May 13, 2024 (D.I. No. 75), Millennium respectfully submits this letter regarding Jane Street's proposed redactions to Millennium's Answer and Counterclaim (D.I. No. 72).  Jane Street has proposed redactions to portions of ¶ 44 of Millennium's Answer and a portion of Ex. A attached thereto, as well as to portions of ¶¶ 26 and 52 of Millennium's Counterclaim.  Jane Street has not provided Millennium with any justification for these redactions.

Millennium continues to object to Jane Street's redactions as overbroad and unnecessary, since they refer to publicly available information or to otherwise non-confidential information.  Nonetheless, Millennium has filed with this letter a sealed copy of its Answer and Counterclaim with Jane Street's redactions highlighted, and a public copy of its Answer and Counterclaim with Jane Street's redactions applied.  Millennium reserves the right to challenge Jane Street's redactions to Millennium's Answer and Counterclaim and to later revise those redactions, including pursuant to any further orders from the Court.

Respectfully submitted,

/s/ *Andrew J. Levander*

Andrew J. Levander