UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE STREET GROUP, LLC,

                                        Plaintiff,                   24 Civ. 2783 (PAE)

                    -v-                                              ORDER

MILLENIUM MANAGEMENT LLC, *et al.*,

                                        Defendants.

PAUL A. ENGELMAYER, District Judge:

    For the reasons stated on the record at today's conference, the Court requires Jane Street

to provide a detailed identification of all alleged trade secrets upon which it relies in numbered

form and with reasonable particularity by May 23, 2024, at 5 p.m., per the procedure for

identification of trade secrets set out in the Federal Judicial Center's Trade Secret Case

Management Judicial Guide, sections 4.4 to 4.7.  The parties are directed to file a proposed case

management plan by May 21, 2024, pursuant to which fact discovery concludes at the end of

September 2024, and expert discovery in mid-November 2024.

    The Court schedules a case management conference for December 13, 2024, at 2 p.m., to

be held in Courtroom 1305, Thurgood Marshall United States Courthouse, 40 Foley Square, New

York, New York.

    SO ORDERED.

                                            *Paul A. Engelmayer*
                                            _____
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: May 16, 2024
       New York, New York