UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

JANE STREET GROUP, LLC,

                              Plaintiff,

          -v-

MILLENIUM MANAGEMENT LLC, *et al.*,

                            Defendants.

24 Civ. 2783 (PAE)

<u>ORDER</u>

------------------------------------------------------------

**PAUL A. ENGELMAYER, District Judge:**

        The Court has received letters from counsel disagreeing on an aspect of the protective order to be entered in this case. *See* Dkt. 89 (letter from plaintiff's counsel); Dkt. 90 (letter from defense counsel). The Court expects to resolve this dispute promptly, but is presently supervising a criminal jury trial, and thus will be unable to do so this week. Solely to enable this litigation to move forward without delay and consistent with the case management plan that has been entered, *see* Dkt. 88, the Court will permit counsel to temporarily designate material, pending resolution of this dispute, at the "top level confidentiality tier" as proposed and defined by plaintiff. The parties, however, are advised that the Court expects that the eventual protective order will provide for a means of client and/or client-representative access to such material, potentially but not necessarily on the terms proposed by defendants.

        SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: May 23, 2024
        New York, New York