**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE STREET GROUP, LLC, | Civil Action No. 24-cv-2783(PAE) |
| *Plaintiff*, | |
| v. | **NOTICE OF MOTION TO: (1) DISMISS DEFENDANTS' COUNTERCLAIMS PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6); AND (2) STRIKE CERTAIN OF DEFENDANTS' AFFIRMATIVE DEFENSES PURSUANT TO FED. R. CIV. P. 12(f)** |
| MILLENNIUM MANAGEMENT LLC, DOUGLAS SCHADEWALD, and DANIEL SPOTTISWOOD, | |
| *Defendants*. | |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the pleadings, and all other papers herein, Plaintiff Jane Street Group, LLC, by its undersigned attorneys, hereby moves before the Honorable Paul A. Engelmayer, United States District Judge, for: (i) an order, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), dismissing the counterclaims asserted by Defendant Millennium Management, LLC (Dkt. 72) and Defendants Douglas Schadewald and Daniel Spottiswood (Dkt. 74) (collectively, "Defendants") with prejudice, and for such other and further relief as this Court may deem just and proper; and (ii) an order, pursuant to Federal Rule of Civil Procedure 12(f), striking certain of Defendants' affirmative defenses (Dkts. 72, 74) with prejudice, and for such other and further relief as this Court may deem just and proper.

DATED:  May 31, 2024                    Respectfully submitted,

/s/ Deborah K. Brown
Alex Spiro
Deborah K. Brown
Todd Anten
Jeffrey C. Miller
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
alexspiro@quinnemanuel.com
deborahbrown@quinnemanuel.com
toddanten@quinnemanuel.com
jeffreymiller@quinnemanuel.com

Greg Miraglia (*pro hac vice* forthcoming)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
300 West 6th Street
Austin, Texas 78701
Telephone: (737) 667-6100
gregmiraglia@quinnemanuel.com

Jeff Nardinelli (*pro hac vice* forthcoming)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
jeffnardinelli@quinnemanuel.com

*Attorneys for Plaintiff Jane Street Group, LLC*