UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE STREET GROUP, LLC<br><br>  *Plaintiff*,<br><br>v.<br><br>MILLENNIUM MANAGEMENT LLC, DOUGLAS SCHADEWALD, and DANIEL SPOTTISWOOD,<br><br>  *Defendants*. | Case No. 1:24-cv-02783 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Kateryna Shokalo of Elsberg Baker & Maruri PLLC, with offices located at 1 Penn Plaza, Suite 4015, New York, New York 10119, hereby appears on behalf of Defendants Douglas Schadewald and Daniel Spottiswood in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.


Dated: June 12, 2024
       New York, NY

**ELSBERG BAKER & MARURI PLLC**

By:   *s/ Kateryna Shokalo*
      Kateryna Shokalo
      1 Penn Plaza, Suite 4015
      New York, NY 10119
      (212) 597-2621
      kshokalo@elsberglaw.com

      *Attorney for Defendants*
      *Douglas Schadewald and*
      *Daniel Spottiswood*