UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE STREET GROUP, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> MILLENNIUM MANAGEMENT LLC, DOUGLAS SCHADEWALD, and DANIEL SPOTTISWOOD, <br><br> *Defendants*. | Civil Action No. 24-cv-2783(PAE) <br><br> **NOTICE OF MOTION TO DISMISS MILLENNIUM MANAGEMENT LLC'S AMENDED COUNTERCLAIMS PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the pleadings, and all other papers herein, Plaintiff Jane Street Group, LLC, by its undersigned attorneys, hereby moves before the Honorable Paul A. Engelmayer, United States District Judge, for an order, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), dismissing the amended counterclaims asserted by Defendant Millennium Management LLC (Dkt. 122) with prejudice, and for such other and further relief as this Court may deem just and proper.

DATED:  July 2, 2024

Respectfully submitted,

*/s/ Deborah K. Brown*
Alex Spiro
Deborah K. Brown
Todd Anten
Jeffrey C. Miller
Kaitlin P. Sheehan (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
alexspiro@quinnemanuel.com
deborahbrown@quinnemanuel.com
toddanten@quinnemanuel.com
jeffreymiller@quinnemanuel.com
kaitlinsheehan@quinnemanuel.com

Greg Miraglia (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
300 West 6th Street
Austin, Texas 78701
Telephone: (737) 667-6100
gregmiraglia@quinnemanuel.com

Jeff Nardinelli (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
jeffnardinelli@quinnemanuel.com

*Attorneys for Plaintiff Jane Street Group, LLC*