

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax
www.dechert.com

**MAY CHIANG**

may.chiang@dechert.com
+1 212 649 8734  Direct

July 9, 2024

**VIA ECF**

Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Jane Street Group LLC v. Millennium Management LLC*, 24 C 2783 (PAE),
**LETTER MOTION TO SEAL MILLENNIUM'S OPPOSITION TO JANE STREET'S MOTION TO DISMISS AMENDED COUNTERCLAIMS**

Dear Judge Engelmayer:

We represent Defendant Millennium Management LLC ("Millennium") in the above-referenced action. We write to request permission to seal certain materials that potentially contain the parties' confidential, proprietary, commercially sensitive, or trade secret information. Millennium files its Opposition to Jane Street's Motion to Dismiss Millennium's Amended Counterclaims (D.I. 139) and seeks to seal its filing consistent with the Court's prior Orders granting sealing of Millennium's Initial and Amended Answers and Counterclaims (D.I. 75, D.I. 110, D.I. 123) and also pursuant to the parties' agreement described below.

The parties have agreed that if any party is filing any document that might possibly reveal or reflect information that the non-filing party may seek to redact (including information that is protected under the Confidentiality Order), the filing party will initially file the document completely under seal. The parties will then confer within two business days on whether any part of the filing should remain under seal, if the filing can be made publicly, or if any redactions are requested. The original filing party agrees to honor all such proposed redactions in the public redacted filing, without prejudice to the right to dispute any proposed redactions in accordance with the Court's procedures.

Millennium therefore respectfully requests permission to file its Opposition to Jane Street's Motion to Dismiss Millennium's Amended Counterclaims under seal.

Respectfully submitted,

*/s/ May Chiang*

May Chiang

cc:    Deborah Brown, Quinn Emanuel, by ECF
        Rollo Baker, Elsberg Baker & Maruri, by ECF

GRANTED.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 10, 2024
        New York, New York