# Exhibit 1

Jane Street Group, LLC, v. Millennium Management LLC, et al.  No. 1:24-cv-02783 (PAE)
Defendants' Letter Motion to Compel Document Discovery
Reference Chart

| Topic | Documents Sought | Dates | Related RFP (Ex. 3) | Refusal to Produce |
|---|---|---|---|---|
| Post-Complaint Discovery | Generally, documents related to Jane Street's India Options Trading and third parties' knowledge and practices in India Options Trading, not limited to raw trading data. | **2.5 months** (4/12/2024 – 6/30/2024) | 1, 2, 3, 5, 25, 28 | Ex. 5 at 2. |
| ■■■ | ■■■ | **16 months** (1/1/2023 – 4/12/2024) | 9 | Ex. 5 at 5. |
| March 6 & 28 | Work-related communications of India options traders and managers between March 5-7 and March 27-29. | **6 days** (3/5/2024 – 3/7/2024, and 3/27/2024 – 3/29/2024) | 10 | Ex. 5 at 10. |
| Year-End Review and Discussions | Documents related to Jane Street's rating, review, performance evaluation, year-end bonus determination **of Schadewald and Spottiswood**, not limited to their final rating, compensation, and performance notes. | **6 months** 10/1/2023 – 4/12/2024 | 17 | Ex. 5 at 1. |
| | Documents related to discussion of ■■■ **limited to the extent** related to the ■■■ | **8 months** 7/1/2023 – 2/28/2024 | 18, 19 | Ex. 5 at 5. |
| Hiring for India Positions | Documents concerning hiring for positions related to India Options Trading. | **16 months** (1/1/2023 – 4/12/2024) | 23 | Ex. 5 at 5. |
| Post-Departure Discussions About Defendants | Documents discussing Millennium, Schadewald, or Spottiswood, after Schadewald and Spottiswood's departure from Jane Street. | **2 months** (2/5/2023 – 4/12/2024) | 26, 27 | Ex. 5 at 1-2. |
| Other Traders' Departures | Documents discussing actual or potential departures of traders other than Schadewald and Spottiswood. | **4.5 months** (12/1/2023 – 4/12/2024) | 21 | Ex. 5 at 21. |