UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE STREET GROUP, LLC,

                              Plaintiff,

        -v-

MILLENNIUM MANAGEMENT LLC, *et al.*,

                             Defendants.

24 Civ. 2783 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received defendants' motion to compel, Dkt. 149, and plaintiff's opposition, Dkt. 159. Because of a criminal trial scheduled to commence on July 22, 2024, the Court schedules an in-person discovery conference for **tomorrow, July 19, 2024, at 11 a.m.,** to be held in **Courtroom 1305, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York**. Given that the conference is expected, in substantial measure, to address confidential matters related to Jane Street's alleged trade secret and other proprietary trading strategies, the courtroom will be sealed with a redacted transcript to be released promptly thereafter.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 18, 2024
       New York, New York