

Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax
www.dechert.com

**MAY CHIANG**

may.chiang@dechert.com
+1 212 649 8734  Direct

July 30, 2024

<u>**VIA ECF**</u>

Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Jane Street Group LLC v. Millennium Management LLC*, 24 C 2783 (PAE),
**LETTER MOTION FOR EXTENSION OF TIME TO FILE PUBLIC VERSIONS OF MILLENNIUM'S OPPOSITION TO JANE STREET'S MOTION TO COMPEL AND EXHIBITS (D.I. 177)**

Dear Judge Engelmayer:

We represent Defendant Millennium Management LLC ("Millennium") in the above-referenced action. The parties respectfully request an extension of time to file the public, redacted versions of Millennium's opposition to Jane Street's letter motion to compel (D.I. 177) and Exhibits 1-3 to that letter (D.I. 177-1, 177-2, 177-3).

The parties initially requested three business days to prepare the redactions to Millennium's papers, which the Court granted.  *See* D.I. 182.  Counsel for Jane Street has requested a short extension of two business days to review these papers with their client and prepare redactions, as the exhibits contain information that counsel for Jane Street has designated ***Highly Confidential – Attorneys & Individual Defendants Only***. Millennium does not oppose the requested extension and intends to file public versions of its papers as soon as possible, and within two business days.

The parties therefore respectfully request an extension of time to file public versions of Millennium's papers by August 1, 2024.

Respectfully submitted,

*/s/ May Chiang*
May Chiang
Dechert LLP

cc:    Deborah Brown, Quinn Emanuel, by ECF
        Rollo Baker, Elsberg Baker & Maruri, by ECF