UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE STREET GROUP, LLC,<br><br>    *Plaintiff*,<br><br>-against-<br><br>MILLENNIUM MANAGEMENT LLC, DOUGLAS SCHADEWALD, and DANIEL SPOTTISWOOD,<br><br>    *Defendants*. | Case No.: 24 Civ. 2783 (PAE)<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

  The motion of Shams Hirji, for admission to practice Pro Hac Vice in the above captioned action is granted.

  Applicant has declared that she is a member in good standing of the bars of the states of California and Ohio; and that her contact information is as follows:

  Shams Hirji
  Elsberg Baker Maruri, PLLC
  1 Penn Plaza, 40th Floor
  New York, New York 10119
  (212) 597-2614
  SHirji@elsberglaw.com

  Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Jane Street Group, LLC in the above entitled action.

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____       _____
   New York, New York             PAUL A. ENGELMAYER
                       United States District Judge