UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE STREET GROUP, LLC,

                                Plaintiff,

-v-

MILLENIUM MANAGEMENT LLC, *et al.*,

                                Defendants.

24 Civ. 2783 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of a letter from defendants requesting that the Court compel plaintiff to address purported "deficiencies" in its "discovery disclosures" regarding, *inter alia*, plaintiff's lost profits calculation. Dkt. 205. Defendants' letter, however, does not contain a representation that defendants met and conferred in good faith with plaintiff regarding this issue, as required by Rule 2.C of the Court's Individual Rules and Practices in Civil Cases. The Court accordingly denies defendants' request without prejudice to renewal upon such a representation.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: October 2, 2024
       New York, New York