UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE STREET GROUP, LLC,

                                         Plaintiff,

-v-

MILLENIUM MANAGEMENT LLC, *et al.*,

                                        Defendants.

24 Civ. 2783 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has been notified by counsel for plaintiff Jane Street Group, LLC ("Jane Street"), that defendants' letter motion to compel, Dkt. 209, which the Court endorsed at Docket 211, may contain confidential information of Jane Street and should be redacted. On an initial review, it is not apparent to the Court that defendants' letter motion, Dkt. 209, as opposed to its attachments, Dkt. 210, contains information properly filed under seal. *See, e.g., Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006); *In re Gen. Motors LLC Ignition Switch Litig.*, No. 14-MD-2543 (JMF), 2015 WL 4750774, at *4 (S.D.N.Y. Aug. 11, 2015). Nevertheless, in the interest of due care, the Court has directed that the document filed at Docket 211 be removed from the public docket. The Court directs the parties to promptly confer and to promptly publicly file defendants' letter motion, Dkt. 209, with confidential information, if any, redacted.

SO ORDERED.

*[signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge

Dated: October 3, 2024
       New York, New York