# Exhibit 1

Message



**From:**        Jeff Nanney [⬛⬛⬛⬛⬛⬛]
on behalf of    Jeff Nanney <⬛⬛⬛⬛⬛> ⬛⬛⬛⬛⬛
**Sent:**        3/19/2024 10:14:12 AM
**To:**          ⬛⬛⬛⬛⬛
**CC:**          ⬛⬛⬛⬛⬛

**Subject:**     Re: regime change (?)


thanks, everybody
just to say it explicitly, i think there's a very good chance i'm sounding a false alarm [1] here. nonetheless, i think the odds favor some degree of paranoia, so i appreciate yall indulging that



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JS00186489

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JS00186490



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    JS00186491

https://docs.google.com/spreadsheets/d/██████████████████████████████/edit#gi
d=0

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JS00186492

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JS00186493



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JS00186494



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JS00186495



On Sat, 16 Mar 2024 at 16:26, Jeff Nanney <​ ​> wrote:
after mostly [1] fixing , the day_pnl plot has a concerning kink since mid-Feb:

Some thoughts/questions that come to mind:

3.      it seems very possible that a competitor has become active. we need to think about changes to our strategy in response

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    JS00186496

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JS00186497

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JS00186498