# Exhibit 12

**Brian Campbell**

| | |
|---|---|
| **From:** | Brian Campbell |
| **Sent:** | Wednesday, September 4, 2024 2:56 PM |
| **To:** | Shams Hirji; Jeffrey Miller; Kaitlin P. Sheehan; Jeff Nardinelli; Gavin Coyle; gregmiraglia@quinnemanuel.com; QE Jane Street |
| **Cc:** | Rollo Baker; Vivek Tata; Alexandra Sadinsky; Kateryna Shokalo; Chiang, May; Park, Hayoung; Levander, Andrew; Black, Martin; Roberts, Daniel |
| **Subject:** | RE: JS v. Millennium - Deficiency Letter re: Rog 3 |

Counsel,

Please provide a response to the below letter sent Aug. 29th, and my correspondence concerning structured data sent Aug. 30th and Aug. 21st by the end of this week. If you do not intend to amend the interrogatory response, please provide your availability to meet and confer this week.

Thanks,
Brian

---

**From:** Shams Hirji <SHirji@elsberglaw.com>
**Sent:** Thursday, August 29, 2024 4:47 PM
**To:** Jeffrey Miller <jeffreymiller@quinnemanuel.com>; Kaitlin P. Sheehan <kaitlinsheehan@quinnemanuel.com>; Jeff Nardinelli <jeffnardinelli@quinnemanuel.com>; Gavin Coyle <gavincoyle@quinnemanuel.com>; gregmiraglia@quinnemanuel.com; QE Jane Street <qejanestreet@quinnemanuel.com>
**Cc:** Rollo Baker <rbaker@elsberglaw.com>; Vivek Tata <vtata@elsberglaw.com>; Brian Campbell <BCampbell@elsberglaw.com>; Alexandra Sadinsky <ASadinsky@elsberglaw.com>; Kateryna Shokalo <kshokalo@elsberglaw.com>; Chiang, May <May.Chiang@dechert.com>; Park, Hayoung <Hayoung.Park@dechert.com>; Levander, Andrew <andrew.levander@dechert.com>; Black, Martin <martin.black@dechert.com>; Roberts, Daniel <Daniel.Roberts@dechert.com>
**Subject:** JS v. Millennium - Deficiency Letter re: Rog 3

Counsel,

Please find attached a letter regarding Jane Street's deficient response to Defendants' Interrogatory No. 3.

Thank you,

**Shams Hirji**
Associate [Bio]
_____
**ELSBERG BAKER & MARURI PLLC** [Web]
212.597.2614 (o)
347.673.3270 (m)
(he/him/his)
Admitted in California and Ohio only.  Not admitted in New York.