## quinn emanuel trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700

WRITER'S DIRECT DIAL NO.
**(415) 875-6325**

WRITER'S EMAIL ADDRESS
jeffnardinelli@quinnemanuel.com

October 4, 2024

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Court, Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   **Letter Motion for Extension of Time to File Public Versions of Defendants' Motion to Compel (ECF 205, 206, 209, 210)**
*Jane Street Grp., LLC v. Millennium Mgmt. LLC*, **No. 1:24-cv-02783 (S.D.N.Y.)**

Dear Judge Engelmayer:

We represent Plaintiff Jane Street Group, LLC ("Jane Street") in the above-referenced action. The parties respectfully write with regard to the multiple sealing requests surrounding Defendants' motion to compel. On October 1, Defendants moved to file their motion to compel under seal and requested to serve public redacted versions by October 3. Dkt. 204 (sealing request). On October 2, Defendants moved to file the re-filed motion to compel under seal and requested to serve public redacted versions on October 4. Dkt. 208 (sealing request). On October 3, the Court ordered the parties (Dkt. 211) to promptly meet and confer and to promptly file a public version of Defendants' second brief, Dkt. 209. The parties have met and conferred and exchanged proposals for public versions and continue to seek agreement on the scope of redactions.

In light of the foregoing, the parties respectfully request an extension of time to file public versions of Defendants' moving papers by Monday, October 7, 2024.

Respectfully submitted,

*/s/ Jeff Nardinelli*
Jeffrey W. Nardinelli
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111

*Attorney for Plaintiff Jane Street Group, LLC*
cc: All Counsel of Record

**quinn emanuel urquhart & sullivan, llp**
ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON |
LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO |
SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

GRANTED.
SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: October 7, 2024
      New York, New York