# EXHIBIT 1

| Number of participants | 3 |
|---|---|
| Participants | ████████████ Douglas Schadewald ████████████ Douglas Schadewald |
| Number of messages | 53 |
| First message sent date/time | February 05, 2024 8:27:05 AM |
| Last message sent date/time | February 05, 2024 1:11:55 PM |

**February 05, 2024 8:27:05 AM**

Lemme know how it goes

**February 05, 2024 9:48:32 AM**

**Douglas Schadewald**   **February 05, 2024 10:08:01 AM**

It's done

**Douglas Schadewald**   **February 05, 2024 10:08:05 AM**

They understood

**February 05, 2024 10:44:14 AM**

Dope- a relief?

**February 05, 2024 10:44:19 AM**

Long convo or real brief?

ID_00003221

**Douglas Schadewald**                    February 05, 2024 10:49:58 AM

Just an hour

**Douglas Schadewald**                    February 05, 2024 10:50:03 AM

Idk i telegraphed it

**Douglas Schadewald**                    February 05, 2024 10:50:18 AM

They said the parameters seemed good enough for me that it made sense for me to take it

**Douglas Schadewald**                    February 05, 2024 10:50:42 AM

They are super reasonable people. Wished me the best.

**Douglas Schadewald**                    February 05, 2024 10:50:46 AM

Onto the next

February 05, 2024 10:59:31 AM

Liked "They are super reasonable people. Wished me the b…"

February 05, 2024 10:59:43 AM

That's great- yah successful people who are rational shouldn't be too spiteful



February 05, 2024 10:59:47 AM

But doesn't stop them often

**Douglas Schadewald**     February 05, 2024 11:06:19 AM

Yup

February 05, 2024 11:07:00 AM

February 05, 2024 11:07:05 AM

**Douglas Schadewald**     February 05, 2024 11:09:33 AM

February 05, 2024 11:10:53 AM

**2623050881 Andrew Pelisek**     February 05, 2024 11:11:04 AM

CONFIDENTIAL



**Douglas Schadewald** — February 05, 2024 11:11:18 AM

February 05, 2024 11:11:34 AM

February 05, 2024 11:11:37 AM

February 05, 2024 11:11:42 AM

**Douglas Schadewald** — February 05, 2024 12:45:12 PM

Btw I'm not telling people my main focus is Asia. I'm telling people I'm moving to Switzerland to trade all 3 time zones. I don't want people figuring out what I'm mainly doing tho

February 05, 2024 12:52:58 PM

February 05, 2024 12:53:00 PM

Got u

CONFIDENTIAL
ID_00003224

**Douglas Schadewald**     February 05, 2024 12:53:48 PM

I just need to really crush next 1-2 years

February 05, 2024 12:59:03 PM

Harvest massive opportunity then whatever happens next will happen?

February 05, 2024 12:59:15 PM

Yah would think u could really make or break then go be a baseball GM lol

February 05, 2024 12:59:21 PM

Liked "I just need to really crush next 1-2 years "

**Douglas Schadewald**     February 05, 2024 12:59:24 PM

Laughed at "Yah would think u could really make or break then ..."

February 05, 2024 12:59:33 PM

**Douglas Schadewald**     February 05, 2024 12:59:37 PM

Ya idk it just feels like now is the time to go for it big. No deferred anymore

**Douglas Schadewald**                                     February 05, 2024 12:59:56 PM

I don't want people copying what I do

February 05, 2024 1:01:47 PM

Emphasized "I don't want people copying what I do "

February 05, 2024 1:02:02 PM

Yah for sure- bit of a race to grab as much extra- ordinary P&L?

**Douglas Schadewald**                                     February 05, 2024 1:02:30 PM

Ya idk things just get more competitive with time. IE I am going to compete with Jane street now

February 05, 2024 1:02:55 PM

Right- totally makes sense

February 05, 2024 1:03:04 PM

Good u can start so soon

February 05, 2024 1:03:15 PM





ID_00003228