# EXHIBIT 2

**From:** Asmar, Michael <Michael.Asmar@mlp.com>
**To:** Asmar, Michael <Michael.Asmar@mlp.com>
**Sent:** 1/11/2024 8:56:08 AM
**Subject:** Doug Schadewald India access



To access India:

HIGHLY CONFIDENTIAL - ATTORNEYS AND
INDIVIDUAL DEFENDANTS ONLY

MLP-JS-0000291

From: Asmar, Michael
Sent: Wednesday, January 10, 2024 10:01 AM
To: Asmar, Michael
Subject: Doug Schadewald full interview notes



Will compete with his old friends at Jane Street if comes here

HIGHLY CONFIDENTIAL - ATTORNEYS AND
INDIVIDUAL DEFENDANTS ONLY

MLP-JS-0000292



HIGHLY CONFIDENTIAL - ATTORNEYS AND INDIVIDUAL DEFENDANTS ONLY

MLP-JS-0000293