# EXHIBIT 3



| | |
|---|---|
| Number of participants | 3 |
| Participants | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| | ▇▇▇▇▇▇ Douglas Schadewald |
| | ▇▇▇▇▇▇▇▇▇▇ Douglas Schadewald |
| Number of messages | 23 |
| First message sent date/time | February 27, 2024 1:50:53 PM |
| Last message sent date/time | February 27, 2024 4:21:15 PM |

▇▇▇▇▇▇▇▇▇▇▇▇▇▇    February 27, 2024 1:50:53 PM

How's it goin so far?

▇▇▇▇▇▇ **Douglas Schadewald**    February 27, 2024 2:02:51 PM

So far so good. Hours suck. Mostly working through a lot of system and infra kinks. They've never traded these products before so everything breaks

▇▇▇▇▇▇ **Douglas Schadewald**    February 27, 2024 2:03:29 PM

But the progress is insanely fast. Duke guy starts tomorrow and he is a god. Also I believe (fingers crossed) I convinced this only Jane street guy who used to work for me to come out of retirement. He's insanely good too

▇▇▇▇▇▇ **Douglas Schadewald**    February 27, 2024 2:03:51 PM

And can probably start in 2 weeks. So will have a 4 person team going in no time.

▇▇▇▇▇▇ **Douglas Schadewald**    February 27, 2024 2:04:11 PM

Overall I'm insanely optimistic lol. Just have to trade like a wimp for next 2 months and churn

**Douglas Schadewald** — February 27, 2024 2:04:30 PM

And then scale bigger and bigger once we get a buffer and figure out all the systems issues

**Douglas Schadewald** — February 27, 2024 2:07:57 PM

My boss said I shattered the record for fastest launch in options lol

February 27, 2024 2:12:20 PM

Liked "And can probably start in 2 weeks. So will have a …"

February 27, 2024 2:12:23 PM

Loved "Overall I'm insanely optimistic lol. Just have to …"

February 27, 2024 2:12:37 PM

That's awesome man- hah who do u report to? ▇

February 27, 2024 2:13:23 PM

U need anyone to clear your trades? Lol

February 27, 2024 2:13:33 PM



**Douglas Schadewald** — February 27, 2024 2:42:27 PM
▇▇▇ is head of ▇▇▇. He reports to ▇▇▇

**Douglas Schadewald** — February 27, 2024 2:42:34 PM
Tho I think all equity PMs report to ▇

**Douglas Schadewald** — February 27, 2024 2:42:39 PM
Laughed at "U need anyone to clear your trades? Lol"

**Douglas Schadewald** — February 27, 2024 2:42:48 PM
U wanna work 8pm-6am at office lol

**Douglas Schadewald** — February 27, 2024 2:42:51 PM
Right now just me and ▇▇▇

February 27, 2024 2:49:15 PM
Lol not especially but I bet you guys are gonna crush it

February 27, 2024 2:49:25 PM
Liked "Tho I think all equity PMs report to ▇▇"

CONFIDENTIAL                                                                                   ID_00003772

**Douglas Schadewald** — February 27, 2024 2:57:39 PM

Hope so. Just need steady progress

— February 27, 2024 3:15:04 PM

U running risk yet?

**Douglas Schadewald** — February 27, 2024 4:20:57 PM

Ya started trading Friday for real

**Douglas Schadewald** — February 27, 2024 4:21:15 PM

Nothing meaningful tho

CONFIDENTIAL                                                                 ID_00003773