# EXHIBIT 4



**Douglas Schadewald** — February 24, 2024 8:30:41 AM

**Douglas Schadewald** — February 24, 2024 8:30:52 AM
I set the millenium record for fastest launch I found out on Friday lol

**Douglas Schadewald** — February 24, 2024 11:14:55 AM

**Douglas Schadewald** — February 24, 2024 11:15:00 AM

February 24, 2024 11:29:08 AM

February 24, 2024 11:29:31 AM

February 24, 2024 11:29:42 AM
That's insane! Something to be proud of

CONFIDENTIAL                                                                 ID_00003715

**February 24, 2024 11:29:59 AM**

They are very smart know something good when they see it and move fast. That's how all best companies operate

**Douglas Schadewald** — February 24, 2024 11:52:16 AM

Yeah just might as well go 100mph when good. Next trading day Sunday night.

**Douglas Schadewald** — February 24, 2024 11:52:32 AM

The other main guy just quit Jane street Friday so he will start this week which will be epic

**Douglas Schadewald** — February 24, 2024 11:52:41 AM

Obviously don't tell anyone yet since he told JS he's not sure yet

**February 24, 2024 12:01:07 PM**

Oh wow that's epic

CONFIDENTIAL                                                                                     ID_00003716