quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7116**

WRITER'S EMAIL ADDRESS
**deborahbrown@quinnemanuel.com**

November 12, 2024

<u>VIA ECF</u>

Hon. Paul A. Engelmayer
United States District Court,
Southern District of New York
40 Foley Square,
New York, NY 10007

Re:  **Sealing Motion for Jane Street's Motion for Protective Order**
<u>*Jane Street Group, LLC v. Millennium Management LLC, et al.*</u>**, No. 1:24-cv-02783**

Dear Judge Engelmayer:

On behalf of Plaintiff Jane Street Group, LLC ("Jane Street"), and pursuant to Your Honor's Individual Rule 4(B)(2) (Sealing/Redaction Requiring Court Approval), we write to request permission to redact and seal certain materials that contain Jane Street's proprietary, commercially sensitive, or trade secret information in Jane Street's Letter Motion for Protective Order. Within three business days, Jane Street will file a public redacted version of Jane Street's motion. Jane Street will also file a sealed version of Jane Street's motion with highlighting to indicate the proposed redactions, and an explanation of why Jane Street seeks redaction of the highlighted materials.

In connection with Jane Street's Letter Motion for Protective Order, Jane Street seeks to seal portions of the Letter Motion and its supporting Exhibits that contain competitively sensitive information regarding Jane Street's business operations and confidential, proprietary, and trade secret information, and intellectual property. This information should not be made public, as Jane Street maintains this information as confidential and its secrecy is a significant competitive asset to Jane Street. Jane Street has spent significant sums of money to develop, use, and protect this confidential information and making it public would place Jane Street at a competitive disadvantage. *See Playtex Prods., LLC v. Munchkin, Inc.*, 2016 WL 1276450, at *11 (S.D.N.Y. Mar. 29, 2016) (granting redaction request for qualitative market research because "[p]laintiffs would be competitively harmed if they were revealed."). Additionally, Jane Street believes that Defendants may seek to seal some or all of the Letter Motion for Protective Order and the Exhibits. This Court has previously ordered similar information filed under seal. *See, e.g.*, Dkts. 157, 169.

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON |
LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO |
SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

      Jane Street will meet and confer with Defendants regarding sealing or redactions of the Letter Motion and Exhibits, and within three business days, Jane Street will submit proposed redactions to the sealed documents, providing the public with ample information to understand the dispute. *See Dependable Sales & Serv., Inc. v. TrueCar, Inc.*, 311 F. Supp. 3d 653, 666 (S.D.N.Y. 2018) (permitting proposed redactions where a "member of the public reviewing the parties' redacted submissions . . . would have information sufficient to understand the parties' arguments and the Court's adjudication").

Respectfully submitted,

*/s/ Deborah K. Brown*
Deborah K. Brown

cc:    All Attorneys of Record (Via ECF)