**ELSBERG BAKER + MARURI**

Elsberg Baker & Maruri PLLC
1 Penn Plaza, Suite 4015
New York, NY 10119
elsberglaw.com

<u>**Via ECF**</u>

Hon. Paul A. Engelmayer
United States District Court
for the Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

November 14, 2024

**Re:** *<u>Jane Street Group, LLC v. Millennium Management LLC, Douglas Schadewald, and Daniel Spottiswood</u>*<u>, No. 1:24-cv-02783</u>

Dear Judge Engelmayer:

      I write on behalf of Defendants in the above-captioned case to request an extension of the deadline to respond to contention interrogatories and requests to admit. Pursuant to the Court's Revised Civil Case Management Plan and Scheduling Order ("Case Management Order"), ECF No. 200, the deadline for all fact discovery is December 13, 2024. Defendants respectfully seek the Court's leave to extend only the deadline to respond to contention interrogatories and requests to admit, from December 13, 2024 to December 18, 2024. This extension will allow the parties to respond to interrogatories and requests for admission with the benefit of completed document and deposition discovery.

      Plaintiff does not oppose this request. The parties had previously requested an extension of the substantial completion deadline and the deadline for fact discovery under the previous Case Management Order. ECF Nos. 192, 198. This is Defendants' first application for an extension of a deadline under the current Case Management Order.

      Defendants appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Vivek Tata*
Vivek Tata
ELSBERG BAKER & MARURI PLLC
One Penn Plaza, Suite 4015
New York, NY 10119
vtata@elsberglaw.com
*Counsel for Defendants Douglas Schadewald and Daniel Spottiswood*

cc:    Counsel of Record (via ECF)