UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

JANE STREET GROUP, LLC,

                Plaintiff,

v.

MILLENNIUM MANAGEMENT LLC, DOUGLAS
SCHADEWALD and DANIEL SPOTTISWOOD,

                Defendants.

------------------------------------------------------- x

No. 24-CV-2783 (PAE)

## MOTION FOR ADMISSION OF MARTIN J. BLACK PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Martin J. Black hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for defendant Millennium Management LLC in the above-captioned action.

I am a member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 18, 2024

                                                    Respectfully submitted,

                                                    By:   */s/ Martin J. Black*

                                                           Martin J. Black

- 2 -

DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania 19104
Tel. (215) 994-4000
martin.black@dechert.com