# Exhibit 3

Message

**From:** ▮ on behalf of ▮
**Sent:** 4/24/2024 7:24:37 PM
**To:** ▮
**CC:**
**Subject:** Re: Some concerns about Millennium's narrative

Steinman confirmed he's free - just shared a zoom link for folks who are available.

> On Wed, Apr 24, 2024 at 3:04 PM ▮ wrote:
> Ellen, you should include Steinman in this call? I won't be available at that time.
>
>> On Wed, Apr 24, 2024 at 3:01 PM ▮ wrote:
>> Yeah, 3:30 works.
>>
>>> On Wed, Apr 24, 2024 at 3:00 PM ▮ wrote:
>>> Can I call you around 330?
>>>
>>>> On Apr 24, 2024, at 2:59 PM, ▮ wrote:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JS02974934



---------------------------------------------------------------------

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or individuals to whom the e-mail is addressed. This e-mail and any files transmitted with it may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you are not the intended recipient of this e-mail, please immediately notify the sender and delete and/or destroy the e-mail (along with any files transmitted with it) and all electronic or hard copies from your system. You should not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient.





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                              JS02974935