# Exhibit 6

**CONFIDENTIAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE STREET GROUP, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> MILLENNIUM MANAGEMENT LLC, DOUGLAS SCHADEWALD, and DANIEL SPOTTISWOOD, <br><br> *Defendants*. | Case No. 24-CV-02783 <br> Hon. Paul A. Engelmayer |

**DEFENDANTS DOUGLAS SCHADEWALD AND DANIEL SPOTTISWOOD'S INITIAL DISCLOSURES**

Defendants Douglas Schadewald ("Schadewald") and Daniel Spottiswood ("Spottiswood" and together with Schadewald, "Individual Defendants"), by and through counsel, submit their Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

**INTORDUCTORY STATEMENT**

Individual Defendants make these Initial Disclosures in good faith based on the information reasonably available at this time and without the benefit of complete investigation or discovery. Pursuant to Rule 26(e), Individual Defendants reserve the right to supplement or correct these disclosures if subsequent investigation reveals additional information. In particular, these disclosures should not be construed to limit Individual Defendants' ability to later identify individuals with knowledge of relevant facts or documents as they may become known to Individual Defendants through discovery, investigation, or otherwise. Individual Defendants also expressly reserve all privileges with respect to these Initial Disclosures.

# RULE 26 INITIAL DISCLOSURES

1. *Rule 26(a)(1)(A)(i): the name and, if known, the address and telephone number of each individual likely to have discoverable information--along with the subjects of that information--that Individual Defendants may use to support their claims or defenses, unless the use would be solely for impeachment.*

| Individual likely to have discoverable information | Subjects of Information | Address |
|---|---|---|
| **Jane Street** | | |
| ■■■ | (i) Jane Street's India options trading, the existence and scope of any alleged trade secret or confidential information.<br><br>(ii) Individual Defendants' hiring by Jane Street.<br><br>(iii) Jane Street's policies and practices regarding restrictive covenants.<br><br>(iv) Individual Defendants' exit from Jane Street, including their roles, duties and performance, 2023 performance review, and compensation.<br><br>(v) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets.<br><br>(vi) ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■<br><br>(vii) Jane Street's hiring of employees for the India options desk, including India options traders and India fundamental analysts.<br><br>(viii) Jane Street's compensation structure, including the compensation, performance review, ■■■■■■■■■■■■■■■■■■■■■■■■■■■■. | c/o Quinn Emanuel Urquhart & Sullivan |
| ■■■ | (i) The existence and scope of any alleged trade secret or confidential information, Jane Street's India options trading, including ■■■■■■■■■■■■■■ | c/o Quinn Emanuel Urquhart & Sullivan |

| | | |
|---|---|---|
| | [redacted]<br><br>(ii) Individual Defendants' exit from Jane Street, including their roles, duties and performance, 2023 performance review, and compensation.<br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets.<br><br>(iv) [redacted]<br><br>(v) Jane Street's hiring of employees for the India options desk, including India options traders and India fundamental analysts.<br><br>(vi) Jane Street's policies and practices regarding restrictive covenants.<br><br>(vii) [redacted]<br><br>(viii) Jane Street's compensation structure, including the compensation, performance review, [redacted]. | |
| [redacted] | (i) The existence and scope of any alleged trade secret or confidential information, Jane Street's India options trading, including [redacted]<br><br>(ii) Individual Defendants' exit from Jane Street, including their roles, duties and performance, 2023 performance review, and compensation.<br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets. | c/o Quinn Emanuel Urquhart & Sullivan |

3

| | | |
|---|---|---|
| | (iv) ███████████████ | |
| | (v) Jane Street's hiring of employees for the India options desk, including India options traders and India fundamental analysts. | |
| | (vi) Individual Defendants' hiring by Jane Street. | |
| | (vii) Jane Street's policies and practices regarding restrictive covenants. | |
| | (viii) ███████████████ | |
| | (ix) Jane Street's compensation structure, including the compensation, performance review, ███ ███ ███ ███ | |
| ███ | (i) Jane Street's India options trading, the existence and scope of any alleged trade secret or confidential information.<br><br>(ii) Individual Defendants' hiring by Jane Street.<br><br>(iii) Jane Street's policies and practices regarding restrictive covenants.<br><br>(iv) Individual Defendants' exit from Jane Street, including their roles, duties and performance, 2023 performance review, and compensation.<br><br>(v) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets.<br><br>(vi) ███████████████<br><br>(vii) Jane Street's compensation structure, including the compensation, performance review, ███████ | c/o Quinn Emanuel Urquhart & Sullivan |

| | | |
|---|---|---|
| ███ | (i) Jane Street's India options trading, the existence and scope of any alleged trade secret or confidential information.<br><br>(ii) Individual Defendants' hiring by Jane Street.<br><br>(iii) Jane Street's policies and practices regarding restrictive covenants.<br><br>(iv) Individual Defendants' exit from Jane Street, including their roles, duties and performance, 2023 performance review, and compensation.<br><br>(v) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets.<br><br>(vi) ███<br><br>(vii) Jane Street's compensation structure, including the compensation, performance review, ███ | c/o Quinn Emanuel Urquhart & Sullivan |
| ███ | (i) Jane Street's India options trading, the existence and scope of any alleged trade secret or confidential information.<br><br>(ii) Individual Defendants' duties and performance at Jane Street.<br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets.<br><br>(iv) Jane Street's policies and practices regarding restrictive covenants.<br><br>(v) ███<br><br>(vi) Individual Defendants' hiring by Jane Street.<br><br>(vii) Jane Street's compensation structure, including the compensation, performance review, ███ | c/o Quinn Emanuel Urquhart & Sullivan |

| | | |
|---|---|---|
| ■ | (i) The existence and scope of any alleged trade secret or confidential information, Jane Street's India options trading, including ■ . <br><br>(ii) Individual Defendants' duties and performance at Jane Street. <br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets. <br><br>(iv) Jane Street's policies and practices regarding restrictive covenants. <br><br>(v) ■ <br><br>(vi) Jane Street's compensation structure, including the compensation, performance review, ■ | c/o Quinn Emanuel Urquhart & Sullivan |
| ■ | (i) Jane Street's policies and practices regarding restrictive covenants. <br><br>(ii) Individual Defendants' exit from Jane Street, including their roles, duties and performance, 2023 performance review, and compensation. <br><br>(iii) Individual Defendants' hiring by Jane Street. | c/o Quinn Emanuel Urquhart & Sullivan |
| ■ | (i) The existence and scope of any alleged trade secret or confidential information, Jane Street's India options trading, including ■ <br><br>(ii) Individual Defendants' duties and performance at Jane Street. <br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets. <br><br>(iv) ■ | c/o Quinn Emanuel Urquhart & Sullivan |

| | | |
|---|---|---|
| ███ | (i) Jane Street's India options trading, the existence and scope of any alleged trade secret or confidential information, including ██████████████████ ████████████████████████████ <br><br>(ii) Individual Defendants' duties and performance at Jane Street. <br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets. | c/o Quinn Emanuel Urquhart & Sullivan |
| ███████ | (i) The existence and scope of any alleged trade secret or confidential information, Jane Street's India options trading, including ████████████ ███ <br><br>(ii) Individual Defendants' duties and performance at Jane Street. <br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets. | c/o Quinn Emanuel Urquhart & Sullivan |
| ████ | (i) The existence and scope of any alleged trade secret or confidential information, Jane Street's India options trading, including ████████████ ████████████████████████████ <br><br>(ii) Individual Defendants' duties and performance at Jane Street. <br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets. <br><br>(iv) ████████████████████████ ████████████████████████████ ████████████████████████████ | c/o Quinn Emanuel Urquhart & Sullivan |
| ██████ | (i) The existence and scope of any alleged trade secret or confidential information, Jane Street's India options trading, including ████████████ ████████████████████████████. | c/o Quinn Emanuel Urquhart & Sullivan |

| | | |
|---|---|---|
| | (ii) Individual Defendants' duties and performance at Jane Street.<br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets. | |
| ███ | (i) Jane Street's India options trading, the existence and scope of any alleged trade secret or confidential information.<br><br>(ii) Individual Defendants' duties and performance at Jane Street.<br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets. | c/o Quinn Emanuel Urquhart & Sullivan |
| ███ | (i) Jane Street's India options trading, the existence and scope of any alleged trade secret or confidential information.<br><br>(ii) Individual Defendants' duties and performance at Jane Street.<br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets.<br><br>(iv) ███ | c/o Quinn Emanuel Urquhart & Sullivan |
| ███ | (i) Jane Street's India options trading, the existence and scope of any alleged trade secret or confidential information.<br><br>(ii) Individual Defendants' duties and performance at Jane Street.<br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets. | c/o Quinn Emanuel Urquhart & Sullivan |
| ███ | (i) The existence and scope of any alleged trade secret or confidential information, Jane Street's India options trading.<br><br>(ii) Individual Defendants' duties and performance at Jane Street. | c/o Quinn Emanuel Urquhart & Sullivan |

| | | |
|---|---|---|
| | (iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets.<br><br>(iv) Jane Street's hiring of employees for the India options desk, including India options traders and India fundamental analysts.<br><br>(v) ███████████████ | |
| ███████ | (i) Jane Street's India options trading, the existence and scope of any alleged trade secret or confidential information.<br><br>(ii) Individual Defendants' duties and performance at Jane Street.<br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets. | c/o Quinn Emanuel Urquhart & Sullivan |
| ███████ | (i) Jane Street's India options trading, the existence and scope of any alleged trade secret or confidential information.<br><br>(ii) Individual Defendants' duties and performance at Jane Street.<br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets. | c/o Quinn Emanuel Urquhart & Sullivan |
| ███████ (Jane Street's former employee) | (i) Jane Street's India options trading, the existence and scope of any alleged trade secret or confidential information.<br><br>(ii) Individual Defendants' duties and performance at Jane Street.<br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets. | c/o Quinn Emanuel Urquhart & Sullivan |
| ███████ g | (i) The existence and scope of any alleged trade secret or confidential information, Jane Street's India options trading, including ███████ | c/o Quinn Emanuel Urquhart & Sullivan |

9

| | | |
|---|---|---|
| | (ii) Individual Defendants' duties and performance at Jane Street.<br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets. | |
| ▮ | (i) The existence and scope of any alleged trade secret or confidential information, Jane Street's India options trading, including ▮▮▮<br><br>(ii) Individual Defendants' duties and performance at Jane Street.<br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets. | c/o Quinn Emanuel Urquhart & Sullivan |
| ▮ | (i) The existence and scope of any alleged trade secret or confidential information, Jane Street's India options trading, including ▮▮▮<br><br>(ii) Individual Defendants' duties and performance at Jane Street.<br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets. | c/o Quinn Emanuel Urquhart & Sullivan |
| ▮ | (i) Jane Street's India options trading, the existence and scope of any alleged trade secret or confidential information, including any participation in research, development, discussions, decision making and any other contributions to the India options desk.<br><br>(ii) ▮▮▮ | c/o Quinn Emanuel Urquhart & Sullivan |
| ▮ (Jane Street's former employee) | (i) Jane Street's India options trading, the existence and scope of any alleged trade secret or confidential information, including ▮▮▮<br><br>(ii) Individual Defendants' duties and performance at Jane Street. | c/o Quinn Emanuel Urquhart & Sullivan |

| | | |
|---|---|---|
| | (iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets. | |
| ▮▮▮ (Jane Street's former employee) | (i) The existence and scope of any alleged trade secret or confidential information, Jane Street's India options trading, including ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ <br><br>(ii) Individual Defendants' duties and performance at Jane Street. <br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets. | Unknown |
| ▮▮▮ | (i) Jane Street's India options trading, the existence and scope of any alleged trade secret or confidential information. <br><br>(ii) Individual Defendants' duties and performance at Jane Street. <br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets. | c/o Quinn Emanuel Urquhart & Sullivan |
| ▮▮▮ | (i) The existence and scope of any alleged trade secret or confidential information, Jane Street's India options trading, including ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ <br><br>(ii) Individual Defendants' duties and performance at Jane Street. <br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets. <br><br>(iv) Jane Street's hiring of employees for the India options desk, including India options traders and India fundamental analysts. | c/o Quinn Emanuel Urquhart & Sullivan |
| ▮▮▮ | (i) Jane Street's India options trading, the existence and scope of any alleged trade secret or confidential information. | c/o Quinn |

| | | |
|---|---|---|
| | (ii) Individual Defendants' duties and performance at Jane Street.<br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets. | Emanuel Urquhart & Sullivan |
| ███ | (i) Jane Street's India options trading, the existence and scope of any alleged trade secret or confidential information.<br><br>(ii) Individual Defendants' duties and performance at Jane Street.<br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets.<br><br>(iv) Jane Street's policies and practices regarding restrictive covenants.<br><br>(v) Jane Street's hiring of employees for the India options desk, including India options traders and India fundamental analysts. | c/o Quinn Emanuel Urquhart & Sullivan |
| ███ | (i) The existence and scope of any alleged trade secret or confidential information, Jane Street's India options trading, including ███<br><br>(ii) Individual Defendants' duties and performance at Jane Street.<br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets. | c/o Quinn Emanuel Urquhart & Sullivan |
| ███ | (i) The existence and scope of any alleged trade secret or confidential information, Jane Street's India options trading, including ███<br><br>(ii) Individual Defendants' duties and performance at Jane Street.<br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets. | c/o Quinn Emanuel Urquhart & Sullivan |

| | | |
|---|---|---|
| ▮▮▮▮▮▮ | (i) Individual Defendants' duties and performance at Jane Street.<br><br>(ii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets. | c/o Quinn Emanuel Urquhart & Sullivan |
| ▮▮▮▮▮▮<br>(Jane Street's former employee) | (i) Jane Street's India options trading, the existence and scope of any alleged trade secret or confidential information.<br><br>(ii) Individual Defendants' duties and performance at Jane Street.<br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets. | Unknown |
| ▮▮▮▮ | (i) Jane Street's India options trading, the existence and scope of any alleged trade secret or confidential information.<br><br>(ii) Individual Defendants' duties and performance at Jane Street.<br><br>(iii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets. | c/o Quinn Emanuel Urquhart & Sullivan |
| ▮▮▮▮▮ | (i) The existence and scope of any alleged trade secret or confidential information, Jane Street's India options trading, including ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.<br><br>(ii) Jane Street's basis for its alleged belief that Individual Defendants misappropriated any trade secrets. | c/o Quinn Emanuel Urquhart & Sullivan |
| ▮▮▮▮ | (i) Individual Defendants' duties and performance at Jane Street. | c/o Quinn Emanuel Urquhart & Sullivan |
| Jane Street personnel involved in hiring of Individual Defendants | (i) Individual Defendants' hiring by Jane Street.<br><br>(ii) Jane Street's policies and practices regarding restrictive covenants. | Unknown |

13

| Jane Street personnel involved in or overseeing Jane Street's alleged Trading Strategy between 2018-2022. | (i) Jane Street's India options trading, the existence and scope of any alleged trade secret or confidential information. | Unknown |
|---|---|---|
| ▮▮▮▮▮ | (i) The existence and scope of any alleged trade secret or confidential information, Jane Street's India options trading, including ▮▮▮▮▮ <br><br>(ii) ▮▮▮▮▮ <br><br>(iii) ▮▮▮▮▮ | c/o Quinn Emanuel Urquhart & Sullivan |
| ▮▮▮▮▮ | (i) ▮▮▮▮▮ <br><br>(ii) ▮▮▮▮▮ | c/o Quinn Emanuel Urquhart & Sullivan |
| ▮▮▮▮▮ | (i) Jane Street's hiring of employees for the India options desk, including India options traders and India fundamental analysts. | c/o Quinn Emanuel Urquhart & Sullivan |
| ▮▮▮▮▮ | (i) Jane Street's hiring of employees for the India options desk, including India options traders and India fundamental analysts. | c/o Quinn Emanuel Urquhart & Sullivan |
| **Millennium** | | |
| Douglas Schadewald | (i) Individual Defendants' hiring by Jane Street, trading practices, including in India options trading and the alleged trade secret or confidential information, exit from Jane Street, including their roles, duties and performance, 2023 performance review, and compensation, and other information relating to Jane Street's claims and Defendants' counterclaims. | c/o Elsberg Baker & Maruri PLLC |

| | | |
|---|---|---|
| | (ii) Individual Defendants' hiring by Millennium, their roles, duties and compensation, trading practices, including in India options trading, and other information relating to Jane Street's claims and Defendants' counterclaims. | |
| Daniel Spottiswood | (i) Individual Defendants' hiring by Jane Street, trading practices, including in India options trading and the alleged trade secret or confidential information, exit from Jane Street, including their roles, duties and performance, 2023 performance review, and compensation.<br><br>(ii) Individual Defendants' hiring by Millennium, their roles, duties and compensation, trading practices, including in India options trading. | c/o Elsberg Baker & Maruri PLLC |
| ■■■■ | (i) Individual Defendants' hiring by Millennium.<br><br>(ii) Individual Defendants' trading practices at Millennium. | c/o Dechert LLP |
| ■■■■ | (i) Individual Defendants' hiring by Millennium. | c/o Dechert LLP |
| ■■■■ | (i) Individual Defendants' hiring by Millennium. | c/o Dechert LLP |
| ■■■■ | (i) Individual Defendants' trading practices at Millennium. | c/o Dechert LLP |
| ■■■■ | (i) Individual Defendants' trading practices at Millennium. | c/o Dechert LLP |
| **Third parties** | | |
| ■■■■ | (i) ■■■■ | Unknown |
| Employees or agents of ■■■■, an HR agency, responsible for Jane Street's search and/or hiring of employees for the India options desk. | (i) Jane Street's hiring of employees for the India options desk, including India options traders and India fundamental analysts. | Unknown |

15

2. ***Rule 26(a)(1)(A)(ii): a copy--or a description by category and location--of all documents, electronically stored information, and tangible things that Individual Defendants have in their possession, custody, or control and may use to support their claims or defenses, unless the use would be solely for impeachment.***

All documents and information that Individual Defendants may use to support their defenses are electronically stored. Individual Defendants may use the following categories of documents to support their defenses:

   A. Agreements or letters between Jane Street and Individual Defendants regarding employment, restrictive covenants, confidentiality, or intellectual property, including the Confidentiality and Intellectual Property Agreement dated as of December 22, 2023, between Schadewald and Jane Street, the Employment Offer Letter dated as of July 11, 2018, between Schadewald and Jane Street, the Notice, Non-Interference and Restricted Trading Agreement dated as of July 18, 2018, between Schadewald and Jane Street, the Separation Letter dated as of February 7, 2024, between Schadewald and Jane Street, the Confidentiality and Intellectual Property Agreement dated as of August 17, 2020, between Spottiswood and Jane Street, the Employment Offer Letter dated as of August 27, 2019, between Spottiswood and Jane Street, the Separation Letter dated as of March 4, 2024, between Spottiswood and Jane Street.

   B. Documents and/or communications between Jane Street and Individual Defendants regarding their hiring by Jane Street.

   C. Documents and/or communications between Jane Street and Individual Defendants regarding their separation from Jane Street.

  D. Documents and/or communications between Millenium and Individual Defendants regarding their hiring by Millennium.

  E. Employment Offer Letters and/or Agreement(s) between Millennium and Individual Defendants.

3. ***Rule 26(a)(1)(A)(iii): a computation of each category of damages claimed by the disclosing party.***

Individual Defendants does not seek any damages at this time but seeks all costs and expenses incurred in connection with defending Jane Street's claims in this action, including reasonable attorney's fees incurred in defending against Jane Street's bad faith claims of trade secret misappropriation.

4. ***Rule 26(a)(1)(A)(iv): for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.***

None at this time, apart from any insurance policy that might be held by Millennium.

Dated: May 31, 2024
New York, New York

Respectfully submitted,

**ELSBERG BAKER & MARURI PLLC**

By: */s/ Brian R. Campbell*
Rollo C. Baker
David Elsberg
Vivek Tata
Brian R. Campbell
Nicholas Martin
One Penn Plaza, Suite 4015
New York, NY 10119
rbaker@elsberglaw.com
delsberg@elsberglaw.com
vtata@elsberglaw.com
bcampbell@elsberglaw.com
nmartin@elsberglaw.com

*Counsel for Defendants Douglas Schadewald and Daniel Spottiswood*