November 26, 2024

Hon. Paul A. Engelmayer
United States District Court,
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: **Joint Letter Motion for Extension of Time to File Public Versions of Defendants' Motion to Compel**
*Jane Street Group, LLC v. Millennium Mgmt. LLC, et al.*, **No. 1:24-cv-2783 (S.D.N.Y.)**

Dear Judge Engelmayer:

The parties respectfully write in the above-captioned action to request a one-day extension to submit redactions and sealing requests for Defendants' Letter Motion to Compel and Exhibits, moving the deadline from November 26 to November 27, 2024. See Dkt. 253 (Defendants' Letter Motion to Seal). The parties make this request due to the high volume of information in Defendants' Exhibits, which total several hundred pages. This extension will allow the parties adequate time to review the Exhibits for sensitive and confidential information, while ensuring redactions remain narrowly tailored for public access.

This extension would not affect any deadlines in the Case Management Order.

Respectfully submitted,

| */s/ Deborah K. Brown* | */s/ May Chiang* | */s/ Rollo Clyde Baker, IV* |
|---|---|---|
| Deborah K. Brown | May Chiang | Rollo Clyde Baker, IV |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | DECHERT LLP | ELSBERG BAKER & MARURI PLLC |
| 51 Madison Ave., 22nd Floor | 1095 Avenue of the Americas | One Penn Plaza, Ste 4015 |
| New York, NY 10011 | New York, NY 10036 | New York, NY 10119 |
| deborahbrown@quinnemanuel.com | may.chiang@dechert.com | rbaker@elsberglaw.com |
| *Counsel for Plaintiff Jane Street Group, LLC* | *Counsel for Defendant Millennium Management LLC* | *Counsel for Individual Defendants* |

cc: All Counsel of Record (by ECF)