# EXHIBIT B

| | |
|---|---|
| Number of participants | 4 |
| Participants | Doug Schadewald <br> ▮▮▮▮ <br> ▮▮▮▮ |
| Number of messages | 114 |
| First message sent date/time | January 18, 2024 9:30:38 AM |
| Last message sent date/time | January 18, 2024 9:39:15 PM |

**Doug Schadewald** — January 18, 2024 9:30:38 AM

Should we ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮? I think no

▮▮▮▮ — January 18, 2024 9:37:16 AM

Yeah, don't think so

▮▮▮▮ — January 18, 2024 9:38:01 AM

That was not what I thought the call was going to be like

**Doug Schadewald** — January 18, 2024 9:38:17 AM

U talk to them?

▮▮▮▮ — January 18, 2024 9:38:36 AM

Yeah

HIGHLY CONFIDENTIAL ----
ATTORNEYS AND INDIVIDUAL
DEFENDANTS ONLY

ID_00004582

**Doug Schadewald** — January 18, 2024 9:38:43 AM

I'm talking to them in 5

**Doug Schadewald** — January 18, 2024 9:38:47 AM

Any brief details?

**Doug Schadewald** — January 18, 2024 9:38:57 AM

Or was it like a formality

[REDACTED] — January 18, 2024 9:39:02 AM

They just grilled me on how [REDACTED] works

**Doug Schadewald** — January 18, 2024 9:39:13 AM

Oh what did u explain

**Doug Schadewald** — January 18, 2024 9:39:21 AM

Make sure we're aligned lol

[REDACTED] — January 18, 2024 9:39:37 AM

I mostly just explained how they work

HIGHLY CONFIDENTIAL ----
ATTORNEYS AND INDIVIDUAL
DEFENDANTS ONLY

ID_00004583

**Doug Schadewald** — January 18, 2024 9:39:50 AM

I explained your comp yesterday ▮

▮ — January 18, 2024 9:39:52 AM

Said it's ▮

▮ — January 18, 2024 9:40:04 AM

Cool

**Doug Schadewald** — January 18, 2024 9:40:10 AM

What ▮ you gave

▮ — January 18, 2024 9:40:24 AM

I didn't say how much exactly ▮

▮ — January 18, 2024 9:40:53 AM

Just roughly said I had ▮

**Doug Schadewald** — January 18, 2024 9:40:55 AM

On phone with them now

HIGHLY CONFIDENTIAL ----
ATTORNEYS AND INDIVIDUAL
DEFENDANTS ONLY

ID_00004584



**[REDACTED]** — January 18, 2024 9:40:58 AM
Didn't say anything about you

**Doug Schadewald** — January 18, 2024 9:42:36 AM
I'm going to say [REDACTED] fyi

**Doug Schadewald** — January 18, 2024 9:42:43 AM
Idk just saying higher shit

**[REDACTED]** — January 18, 2024 9:42:46 AM
Cool

**[REDACTED]** — January 18, 2024 9:45:01 AM
I said it roughly might pay out like [REDACTED] in a year

**[REDACTED]** — January 18, 2024 9:45:33 AM
In a solid year

**Doug Schadewald** — January 18, 2024 9:45:45 AM
Liked "I said it roughly might pay out like [REDACTED]…"

HIGHLY CONFIDENTIAL ----
ATTORNEYS AND INDIVIDUAL
DEFENDANTS ONLY

ID_00004585

**Doug Schadewald** — January 18, 2024 9:47:56 AM

They are pitching me on [redacted]

**Doug Schadewald** — January 18, 2024 9:48:05 AM

This is spiraling in a weird direction

[redacted] — January 18, 2024 9:48:15 AM

these guys are no joke

**Doug Schadewald** — January 18, 2024 9:49:10 AM

Oh wow can [redacted]

[redacted] — January 18, 2024 9:49:26 AM

I was wondering about that

**Doug Schadewald** — January 18, 2024 9:59:14 AM

They're drawing up your contract

**Doug Schadewald** — January 18, 2024 9:59:28 AM

Oh nvm I misunderstood. They're waiting on yours

HIGHLY CONFIDENTIAL ----
ATTORNEYS AND INDIVIDUAL
DEFENDANTS ONLY

ID_00004586

[redacted] — January 18, 2024 9:59:39 AM
lol, these guys move quick

Doug Schadewald — January 18, 2024 9:59:52 AM
Trying to get me something by Friday or Monday

[redacted] — January 18, 2024 10:00:03 AM
Great

[redacted] — January 18, 2024 10:00:10 AM
do you have a contract?

Doug Schadewald — January 18, 2024 10:00:23 AM
Not yet. Talking it thru now

Doug Schadewald — January 18, 2024 10:00:36 AM
[redacted]

Doug Schadewald — January 18, 2024 10:00:42 AM
[redacted]

HIGHLY CONFIDENTIAL ----
ATTORNEYS AND INDIVIDUAL
DEFENDANTS ONLY

ID_00004587

**Doug Schadewald** — January 18, 2024 10:00:50 AM

Can explain in voice

[redacted] — January 18, 2024 10:00:54 AM

Cool

[redacted] — January 18, 2024 10:01:28 AM

I'm packing, so will be up if you want to chat after

**Doug Schadewald** — January 18, 2024 10:03:10 AM

Mark thinks we can start and trade before march1

**Doug Schadewald** — January 18, 2024 10:03:14 AM

Do you have a lawyer

**Doug Schadewald** — January 18, 2024 10:03:25 AM

Want it to go fast

[redacted] — January 18, 2024 10:03:42 AM

I spoke to one today

HIGHLY CONFIDENTIAL ----
ATTORNEYS AND INDIVIDUAL
DEFENDANTS ONLY

ID_00004588

**Doug Schadewald**  January 18, 2024 10:09:01 AM

What do you think I should ask for myself?

January 18, 2024 10:10:57 AM

**Doug Schadewald**  January 18, 2024 10:11:05 AM

**Doug Schadewald**  January 18, 2024 10:11:13 AM

January 18, 2024 10:11:24 AM

Nice

**Doug Schadewald**  January 18, 2024 10:11:34 AM

I'll call you soon

January 18, 2024 10:12:05 AM

If you can get

HIGHLY CONFIDENTIAL ----
ATTORNEYS AND INDIVIDUAL
DEFENDANTS ONLY

ID_00004589

**Doug Schadewald**  January 18, 2024 10:39:07 AM

Thoughts on this

**Doug Schadewald**  January 18, 2024 10:39:10 AM



**Doug Schadewald**  January 18, 2024 10:39:24 AM

It'll def come worse than that but trying to write up something logical

HIGHLY CONFIDENTIAL ----
ATTORNEYS AND INDIVIDUAL
DEFENDANTS ONLY

ID_00004590



I'm very confident in the ability to build this business and I think this will largely be irrelevant hopefully in less than a year. I am about to do something pretty crazy though.



I like it



"Beautiful. Leave with me and still have on calendar to call at 245

Also do you have an idea for a 3rd trader

Random but you should probably get a private wealth donkey if you're going to be this rich

HIGHLY CONFIDENTIAL ----
ATTORNEYS AND INDIVIDUAL
DEFENDANTS ONLY

ID_00004591

**[redacted]** — January 18, 2024 5:49:17 PM
Questioned ""Beautiful. Leave with me and still have on calend…"

**[redacted]** — January 18, 2024 5:52:31 PM
Potentially [redacted]

**[redacted]** — January 18, 2024 5:53:10 PM
Hah, fair

**[redacted]** — January 18, 2024 5:54:51 PM
How was Sandor talk?

**Doug Schadewald** — January 18, 2024 6:02:20 PM
Literally exactly what I thought with a wrinkle "I'd be upset if you weren't making double in 5 years"

**Doug Schadewald** — January 18, 2024 6:02:36 PM
The wrinkle is they are thinking up a new role for me but won't have it sorted for a few weeks

**[redacted]** — January 18, 2024 6:03:56 PM
Interesting

HIGHLY CONFIDENTIAL ----
ATTORNEYS AND INDIVIDUAL
DEFENDANTS ONLY

ID_00004592

**Doug Schadewald**     January 18, 2024 6:06:10 PM

Honestly I don't really care

**Doug Schadewald**     January 18, 2024 6:06:29 PM

Pretty confident if millenium does a fine thing here with ▮▮▮ I will just do it

▮▮▮     January 18, 2024 6:06:43 PM

Loved "Pretty confident if millenium does a fine thing he…"

**Doug Schadewald**     January 18, 2024 6:06:55 PM

On a slightly negative note, we're going to get less than we asked for. They were talking me down some

**Doug Schadewald**     January 18, 2024 6:07:03 PM

And also talking your ▮▮▮ down some too

**Doug Schadewald**     January 18, 2024 6:07:16 PM

"This is a lot of ▮▮▮ to invest in an idea"

**Doug Schadewald**     January 18, 2024 6:08:06 PM

Which is fine idk

HIGHLY CONFIDENTIAL ----
ATTORNEYS AND INDIVIDUAL
DEFENDANTS ONLY

ID_00004593



HIGHLY CONFIDENTIAL ----
ATTORNEYS AND INDIVIDUAL
DEFENDANTS ONLY

ID_00004594

**[REDACTED] Doug Schadewald** — January 18, 2024 6:34:11 PM

Or 25

**[REDACTED] Doug Schadewald** — January 18, 2024 6:34:40 PM

I mainly just want them to send me a contract so I can read it and iterate

**[REDACTED] Doug Schadewald** — January 18, 2024 6:34:57 PM

I asked for more money bc I do think I'm giving up a great [REDACTED] and taking a large risk

**[REDACTED]** — January 18, 2024 6:35:23 PM

Liked "I asked for more money bc I do think I'm giving up…"

**[REDACTED]** — January 18, 2024 6:35:43 PM

Cool, I'm free for the next couple hours

**[REDACTED]** — January 18, 2024 7:33:21 PM

The clause where [REDACTED] seems pretty +ev

**[REDACTED]** — January 18, 2024 7:33:35 PM

A clause where [REDACTED] seems pretty +ev

HIGHLY CONFIDENTIAL ----
ATTORNEYS AND INDIVIDUAL
DEFENDANTS ONLY

ID_00004595

**[REDACTED]** — January 18, 2024 7:49:58 PM

How'd you get your non-solicit contract?

**Doug Schadewald** — January 18, 2024 8:40:34 PM

I spoke about that to them. Can explain in voice

**Doug Schadewald** — January 18, 2024 8:41:00 PM

What do you mean? I only had that because I had a noncompete and nonsolicit originally and then it expired

**Doug Schadewald** — January 18, 2024 8:44:12 PM

I forgot the guy I'm at dinner is [REDACTED] at millenium

**Doug Schadewald** — January 18, 2024 8:44:17 PM

He said they only made [REDACTED] total

**Doug Schadewald** — January 18, 2024 8:44:19 PM

We got leverage

**Doug Schadewald** — January 18, 2024 8:44:23 PM

[REDACTED]

HIGHLY CONFIDENTIAL ----
ATTORNEYS AND INDIVIDUAL
DEFENDANTS ONLY

ID_00004596

**January 18, 2024 8:48:35 PM**

Wow

**January 18, 2024 8:48:47 PM**

How much capital you think

**January 18, 2024 8:49:03 PM**

**January 18, 2024 8:49:47 PM**

**January 18, 2024 8:50:30 PM**

Just trying to make triple check I don't have anything

**Doug Schadewald**    **January 18, 2024 9:08:54 PM**

No clue how much capital

**Doug Schadewald**    **January 18, 2024 9:09:00 PM**

Liked "Just trying to make triple check I don't have anyt..."

HIGHLY CONFIDENTIAL ---- ATTORNEYS AND INDIVIDUAL DEFENDANTS ONLY

ID_00004597

**Doug Schadewald** — January 18, 2024 9:09:04 PM

Yeah I def don't know

**Doug Schadewald** — January 18, 2024 9:37:16 PM

Dinner finally done

**Doug Schadewald** — January 18, 2024 9:37:34 PM

But yeah kinda hilarious we could ▮

**Doug Schadewald** — January 18, 2024 9:37:46 PM

Also it's a bit worrisome that none of those guys can make money

**Doug Schadewald** — January 18, 2024 9:37:55 PM

I guess they all do the same dumb strategies

▮ — January 18, 2024 9:38:22 PM

For sure

▮ — January 18, 2024 9:38:53 PM

Completely orthogonal to what we will do

HIGHLY CONFIDENTIAL ----
ATTORNEYS AND INDIVIDUAL
DEFENDANTS ONLY

ID_00004598

**Doug Schadewald** — January 18, 2024 9:38:59 PM

Yup

[REDACTED] — January 18, 2024 9:39:07 PM

Even pretty orthogonal to what we would do if this market went to 0

**Doug Schadewald** — January 18, 2024 9:39:15 PM

Agree

HIGHLY CONFIDENTIAL ----
ATTORNEYS AND INDIVIDUAL
DEFENDANTS ONLY

ID_00004599