UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE STREET GROUP, LLC,<br><br>    *Plaintiff*,<br><br> -against-<br><br>MILLENNIUM MANAGEMENT LLC, DOUGLAS SCHADEWALD, and DANIEL SPOTTISWOOD,<br><br>    *Defendants*. | Civil Action No. 1:24-cv-02783 (PAE) |

**DECLARATION OF ALEXANDRA P. SADINSKY IN SUPPORT OF DEFENDANTS' LETTER MOTION TO COMPEL**

  I, Alexandra P. Sadinsky, declare under 28 U.S.C. § 1746, as follows:

  1. I am an attorney at the law firm of Elsberg Baker & Maruri, PLLC, and counsel for Individual Defendants Douglas Schadewald and Daniel Spottiswood. I am a member in good standing of the Bar of the State of New York and admitted to practice in the Southern District of New York.

  2. I respectfully submit this Declaration in Support of Defendants' letter motion to compel Plaintiff Jane Street to produce certain documents (the "Letter Motion to Compel"). I am personally familiar with the facts included in this declaration.

  3. Attached hereto as Exhibit 1 is a true and correct copy of an email chain, dated July 24, 2024 through September 25, 2024, between Defendants' counsel and Plaintiff's counsel.

  4. Attached hereto as Exhibit 2 is a true and correct copy of a document produced in this action by Jane Street bearing Bates Number JS02851926-JS02851929.

  5. Attached hereto as Exhibit 3 is a true and correct copy of a document produced in this action by Jane Street bearing Bates Number JS02883225.

6. Attached hereto as Exhibit 4 is a true and correct copy of an email chain, dated October 28, 2024 through November 22, 2024, between Defendants' counsel and Plaintiff's counsel.

7. Attached hereto as Exhibit 5 is a true and correct copy of an email chain, dated November 21, 2024, between Defendants' counsel and Plaintiff's counsel.

8. Attached hereto as Exhibit 6 is a true and correct copy of an email chain, dated September 18, 2024 to October 10, 2024, between Defendants' counsel and Plaintiff's counsel.

9. Attached hereto as Exhibit 7 is a true and correct copy of a document produced in this action by Jane Street bearing Bates Number JS02974639-JS02974642.

10. Attached hereto as Exhibit 8 is a true and correct copy of an email chain, dated September 18, 2024 to October 12, 2024, between Defendants' counsel and Plaintiff's counsel.

11. Attached hereto as Exhibit 9 is a true and correct copy of a document produced in this action by Jane Street bearing Bates Number JS02866335-JS02866337.

12. Attached hereto as Exhibit 10 is a true and correct copy of a document produced in this action by Jane Street bearing Bates Number JS02897554-JS02897613.

13. Attached hereto as Exhibit 11 is a true and correct copy of a document produced in this action by Jane Street bearing Bates Number JS02926150-JS02926301.

14. Attached hereto as Exhibit 12 is a true and correct copy of a document produced in this action by Jane Street bearing Bates Number JS02910694.

15. Attached hereto as Exhibit 13 is a true and correct copy of Plaintiff's Responses and Objections to Defendants' First Set of Requests for Production, dated June 7, 2024.

16.     The parties discussed the documents at issue in the Letter Motion to Compel during a meet and confer on November 21, 2024 (Ex. 4 at 1, Ex. 5 at 1).  The parties were not able to resolve the disagreement as of the date hereof.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in New York, New York on November 22, 2024.

/s/ *Alexandra P. Sadinsky*
Alexandra P. Sadinsky