UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Street Group, LLC,<br><br>   Plaintiff,<br><br> -against-<br><br>Millennium Management LLC, et al.,<br><br>   Defendants. | Case No.: 24 Civ. 2783 |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Jane Street Group, LLC and Defendants Millennium Management LLC, Douglas Schadewald, and Daniel Spottiswood, that all of the claims and defenses in this action are hereby dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its or his own costs, expenses, and attorneys' fees in this action.

DATED: December 5, 2024    Respectfully submitted,

/s/ Andrew J. Levander (with consent)  /s/ Deborah K. Brown

Andrew J. Levander
May Chiang
1095 Avenue of the Americas
New York, NY 10036
andrew.levander@dechert.com
may.chiang@dechert.com

Martin J. Black
Daniel R. Roberts
Cira Centre
2929 Arch Street
martin.black@dechert.com

Alex Spiro
Deborah K. Brown
Jeffrey C. Miller
Kaitlin P. Sheehan
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
alexspiro@quinnemanuel.com
deborahbrown@quinnemanuel.com
jeffreymiller@quinnemanuel.com
kaitlinsheehan@quinnemanuel.com

daniel.roberts@dechert.com

*Attorneys for Millennium Management LLC*

Greg Miraglia
300 West 6th Street
Austin, Texas 78701
Telephone: (737) 667-6100
gregmiraglia@quinnemanuel.com

Jeff Nardinelli
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
jeffnardinelli@quinnemanuel.com

*Attorneys for Jane Street*

/s/ Rollo C. Baker (with consent)
Rollo C. Baker
David Elsberg
Vivek Tata
Brian R. Campbell
Alexandra Sadinsky
Kateryna Shokalo
One Penn Plaza, Suite 4015
New York, NY 10119
rbaker@elsberglaw.com
delsberg@elsberglaw.com
vtata@elsberglaw.com
bcampbell@elsberglaw.com
asadinsky@elsberglaw.com
kshokalo@elsberglaw.com

*Attorneys for Defendants Douglas Schadewald and Daniel Spottiswood*

SO ORDERED

Dated: December 6, 2024
New York, New York

_____
The Honorable Paul A. Engelmayer
United States District Judge